# Exhibit A

**CERTIFIED MAIL RECEIPT # 7007 0220 0001 1109 8730**

Washington Mutual Card Services Billing Disputes
P.O. Box 9016
Pleasanton, CA 94566-9016

November 13, 2007

**RE    NOTICE AND DEMAND FOR VALIDATION AND ADEQUATE ASSURANCE
OF PERFORMANCE – Boyd Dungan, ACCOUNT # 4185 8604 1912 5402**

Dear Sir/Madame:

I recently received your recent unsigned communication. Please regard this letter as a formal
written Notice and Demand to Washington Mutual for validation and adequate assurance of
performance with respect to the above listed account.

In preparation for this Notice and Demand, I have conducted a full and complete investigation
into this matter, and I am of the opinion that Washington Mutual may be in breach of the terms
and conditions of the Credit Card Agreement, by its failure to provide either adequate and
valuable consideration, or full disclosure of the material terms and conditions of the alleged
original agreement, including the nature and extent of any finance charges assessed on the above
account. In addition, I have reason to believe that your company has failed to properly credit me
for all revenues received by you related to this account. In the event that the application or other
evidence of this account was monetized, securitized and/or sold, please provide me with certified
copies of all underlying documentation regarding said transactions.

This Notice and Demand should not be perceived as a refusal to pay any valid debt. However, I
have questions regarding the validity of the debt you are alleging in the attached billing
statement, and in order to determine the validity of your presentment, and continue payment on
the above-listed account, I will require certain information to confirm your claim in this matter.
To that end, please forward the attached affidavit to the appropriate person in your organization
for review and execution. Upon receipt of the signed, sworn affidavit, I will arrange for
payments to resume on the above noted account. In the event that you are unable or unwilling to
provide me adequate assurance of performance on this account, please send me a billing
statement or other communication indicating a zero balance due on the account.

Please restrict all communications with me regarding this matter to writing, and understand that
all communications, acts or omissions may be used in litigation, including the filing of
grievances and the initiation of investigations at the Federal Trade Commission and other
government bodies regarding your non-compliance with the Fair Credit Reporting Act, Fair and
Accurate Credit Transaction Act of 2003, and other state and federal consumer protection laws.
Your failure to respond to this Notice and Demand within thirty (30) days will be construed as a
waiver of any and all claims regarding the above-listed account, and will act as a confirmation
that no further action will be taken on your part with respect to the subject account. Please also
take notice that during the pendency of this dispute, no further payments will be made on the
account, and the account cannot be sold, assigned, forwarded or otherwise transferred for
purposes of the collection of a debt.

Respectfully,

Boyd Dungan

Exhibit A

21

# Exhibit B

**MRS CALL LOG        synopsis p. 1**

**Washington Mutual Acct. # 4185860419125402**

| | | | | |
|---|---|---|---|---|
| #1 | 08-29-08 | 02:49 pm | 888-274-9847 | recording on voice mail |
| | | audio recorded, file name: MRS Wash Mut 082908 0249pm | | |
| #2 | 09-05-08 | 08:59 am | 888-274-9847 | Ms. Vaughan |
| | | MRS acct# 12231330 | | |
| | | audio recorded, file name: MRS Wash Mut 090508 0859am | | |
| #3 | 09-06-08 | 09:37 am | 888-274-9847 | call from, no message left |
| #4 | 09-07-08 | 06:10 pm | 888-274-9847 | Ms. Jackson, Ms. Ballinger |
| | | audio recorded, file name: MRS Wash Mut 090708 0610pm | | |
| #5 | 09-08-08 | 12:32 pm | 888-274-9847 | Angela |
| | | audio recorded, file name: MRS Wash Mut 090808 1232pm | | |
| #6 | 09-09-08 | 10:02 am | 888-274-9847 | Ms. Barnett |
| | | audio recorded, file name: MRS Wash Mut 090908 1002am | | |
| #7 | 09-14-08 | 04:32 pm | 888-274-9847 | call from, no message left |
| #8 | 09-15-08 | 09:09 am | 888-274-9847 | call from, no message left |
| #9 | 09-17-08 | 08:41 am | 888-274-9847 | call from, no message left |
| #10 | 09-18-08 | 08:56 am | 888-274-9847 | Ms. Jackson |
| | | audio recorded, file name: MRS Wash Mut 091808 0856am | | |
| #11 | 09-19-08 | 11:16 am | 888-274-9847 | Mr. Fields |
| | | audio recorded, file name: MRS Wash Mut 091908 1116am | | |
| #12 | 09-21-08 | 05:24 pm | 888-274-9847 | hang up |
| | | audio recorded, file name: MRS Wash Mut 092108 0524pm | | |
| #13 | 09-22-08 | 12:52 pm | 888-274-9847 | Peter |
| | | audio recorded, file name: MRS Wash Mut 092208 1252pm | | |
| #14 | 09-23-08 | 11:30 am | 888-274-9847 | Mr. Turner |
| | | audio recorded, file name: MRS Wash Mut 092308 1135am | | |
| #15 | 09-24-08 | 08:54 am | 888-274-9847 | call from, no message left |
| #16 | 09-25-08 | 08:57 am | 888-274-9847 | call from, no message left |
| #17 | 09-25-08 | 12:54 pm | 888-274-9847 | call from, no message left |

Exhibit B  p.1

**synopsis mrs wm p. 2**

| #18 | 09-26-08 | 12:54 pm | 888-274-9847 | Ms. Barnett |
| | | audio recorded, file name: MRS Wash Mut 092608 1254pm | | |
| #19 | 09-27-08 | 08:44 am | 888-274-9847 | Ms. Adams |
| | | audio recorded, file name: MRS Wash Mut 092708 0844am | | |
| #20 | 09-29-08 | 09:25 am | 888-274-9847 | hang up |
| #21 | 09-30-08 | 10:21 am | 888-274-9847 | Mr. Fields |
| | | audio recorded, file name: MRS Wash Mut 093008 1021am | | |
| #22 | 10-02-08 | 01 :13 pm | 888-274-9847 | hang up |
| #23 | 10-03-08 | 09:15 am | 888-274-9847 | call from, no message left |
| #24 | 10-03-08 | 11:38 am | 888-274-9847 | call from, no message left |
| #25 | 10-06-08 | 08:56 am | 888-274-9847 | Ms. Wrigley, on voice mail |
| | | audio recorded, file name: MRS Wash Mut 100608 0856am | | |
| #26 | 10-07-08 | 09:06 am | 888-274-9847 | Janeece |
| | | audio recorded, file name: MRS Wash Mut 100708 0906am | | |
| #27 | 10-08-08 | 03:58 pm | 888-274-9847 | hang up |
| #28 | 10-09-08 | 04:15 pm | 888-274-9847 | hang up |
| #29 | 10-10-08 | 12:58 pm | 888-274-9847 | call from, no message left |
| #30 | 10-10-08 | 04:44 pm | 888-274-9847 | call from, no message left |
| #31 | 10-11-08 | 10:13 am | 888-274-9847 | call from, no message left |
| #32 | 10-12-08 | 06:32 pm | 888-274-9847 | Mr. Turner, Danielle |
| | | audio recorded, file name: MRS Wash Mut 101208 0632pm | | |
| #33 | 10-13-08 | 12:57 pm | 888-274-9847 | Mr. Turner |
| | | audio recorded, file name: MRS Wash Mut 101308 1257pm | | |
| #34 | 10-14-08 | 01 :21 pm | 888-274-9847 | call from, no message left |
| #35 | 10-15-08 | 09:47 am | 888-274-9847 | hang up |
| #36 | 10-17-08 | 09:34 am | 888-274-9847 | hang up |
| #37 | 10-20-08 | 04:05 pm | 888-274-9847 | call from, no message left |
| #38 | 10-21-08 | 10:13 am | 888-274-9847 | hang up |
| #39 | 10-22-08 | 12:34 pm | 888-274-9847 | call from, no message left |
| #40 | 10-23-08 | 08:52 am | 888-274-9847 | call from, no message left |

Exhibit B  p.2

synopsis mrs wm p. 3

| #41 | 10-24-08 | 09:37 am | 888-274-9847 | call from, no message left |
| #42 | 10-24-08 | 01:53 pm | 888-274-9847 | call from, no message left |

| #43 | 10-27-08 | 08:35 am | 888-274-9847 | call from, no message left |
|-----|----------|----------|--------------|----------------------------|
| #44 | 10-28-08 | 08:23 am | 888-274-9847 | call from, no message left |
| #45 | 10-29-08 | 09:28 am | 888-274-9847 | call from, no message left |
| #46 | 10-30-08 | 10:06 am | 888-274-9847 | call from, no message left |
| #47 | 10-30-08 | 02:27 pm | 888-274-9847 | call from, no message left |
| #48 | 10-31-08 | 08:16 am | 888-274-9847 | call from, no message left |
| #49 | 10-31-08 | 01:38 pm | 888-274-9847 | Ms. Smith |
| | | | | audio recorded, file name: MRS Wash Mut 103108 0139pm |
| #50 | 11-03-08 | 09:49 am | 888-274-9847 | call from, no message left |
| #51 | 11-04-08 | 12:17 pm | 888-274-9847 | Brittany |
| | | | | audio recorded, file name: MRS Wash Mut 110408 1221pm |
| #52 | 11-06-08 | 08:31 am | 888-274-9847 | call from, no message left |
| #53 | 11-07-08 | 08:08 am | 888-274-9847 | call from, no message left |
| #54 | 11-10-08 | 11:41 am | 888-274-9847 | call from, no message left |
| #55 | 11-10-08 | 04:02 pm | 888-274-9847 | call from, no message left |
| #56 | 11-14-08 | 02:15 pm | 888-274-9847 | call from, no message left |
| #57 | 11-20-08 | 08:36 am | 888-274-9847 | call from, no message left |
| #58 | 11-21-08 | 11:42 am | 888-274-9847 | Mr. Cooper |
| | | | | audio recorded, file name: MRS Wash Mut 1121081142am |
| #59 | 11-23-08 | 08:14 am | 888-274-9847 | call from, no message left |
| #60 | 11-24-08 | 08:29 am | 888-274-9847 | call from, no message left |
| #61 | 11-24-08 | 11:49 am | 888-274-9847 | call from, no message left |
| #62 | 11-24-08 | 03:41 pm | 888-274-9847 | Ms. Miller |
| | | | | audio recorded, file name: MRS Wash Mut 112408 0341 pm |
| #63 | 12-02-08 | 08:48 am | 888-274-9847 | Ms. Connor |
| | | | | audio recorded, file name: MRS Wash Mut 120208 0848am |
| #64 | 12-04-08 | 09:29 am | 888-274-9847 | call from, no message left |

Exhibit B  p.3

synopsis mrs wm p. 4

| | | | | |
|---|---|---|---|---|
| #65 | 12-05-08 | 08:13 am | 888-274-9847 | call from, no message left |
| #66 | 12-23-08 | 09:31 am | 888-274-9847 | call from, no message left |

| #67 | 12-26-08 | 01:04 pm | 888-274-9847 | call from, no message left |
| #68 | 12-29-08 | 12:47 pm | 888-274-9847 | call from, no message left |
| #69 | 12-29-08 | 05:11 pm | 888-274-9847 | call from, no message left |
| #70 | 12-30-08 | 12:13 pm | 888-274-9847 | call from, no message left |
| #71 | 01-05-09 | 05:19 pm | 888-274-9847 | call from, no message left |
| #72 | 01-06-09 | 12:15 pm | 888-274-9847 | call from, no message left |
| #73 | 01-07-09 | 10:37 am | 888-274-9847 | call from, no message left |
| #74 | 01-08-09 | 05:13 pm | 888-274-9847 | call from, no message left |
| #75 | 01-09-09 | 03:15 pm | 888-274-9847 | call from, no message left |
| #76 | 01-11-09 | 04:16 pm | 888-274-9847 | call from, no message left |
| #77 | 01-12-09 | 04:11 pm | 888-274-9847 | call from, no message left |
| #78 | 01-13-09 | 04:31 pm | 888-274-9847 | call from, no message left |
| #79 | 01-17-09 | 09:46 am | 888-274-9847 | call from, no message left |
| #80 | 01-19-09 | 12:25 pm | 888-274-9847 | call from, no message left |
| #81 | 01-19-09 | 01:52 pm | 888-274-9847 | call from, no message left |
| #82 | 01-20-09 | 09:11 am | 888-274-9847 | call from, no message left |
| #83 | 01-20-09 | 12:08 pm | 888-274-9847 | call from, no message left |
| #84 | 01-21-09 | 09:17 am | 888-274-9847 | call from, no message left |
| #85 | 01-22-09 | 10:31 am | 888-274-9847 | call from, no message left |
| #86 | 01-26-09 | 05:47 pm | 888-274-9847 | call from, no message left |
| #87 | 01-26-09 | 08:11 pm | 888-274-9847 | call from, no message left |
| #88 | 01-27-09 | 11:35am | 888-274-9847 | call from, no message left |

Exhibit B  p.4

# Exhibit C

**MRS Call Log  (Detailed)**
**Washington Mutual acct # 4185 8604 1912 5402**

**CALL #** 2

    **Date:** 09-05-08  **Time:** 08:59 am
    **Company Name:** MRS
    **Caller's Name:** Ms. Vaughan
    **Caller's Phone #:** 888-274-9847
    **Audio Recorded:** Yes
    **Audio File Name:** MRS Wash Mut 090508 0859am

**Statements made by Caller:** Ms. Vaughan stated that she
    represented MRS & Associates and was calling regarding
    Washington Mutual account # 12231330.  Ms. Vaughan
    stated they were about to make a decision regarding the
    account and wanted to know what i could do to resolve the
    matter.  I informed her that i could not pay and she inquired
    why not.  I reiterated that i could not pay and she said that
    was not good enough. She asked if i was refusing to cooperate
    with her office.  I replied that i was not refusing to cooperate,
    i had answered her question and told her that i could not pay.
    She appeared to become upset at this and informed me
    that collection efforts would proceed.

**How did this call make you feel?**  I felt like Ms. Vaughan
    was not listening to me and was trying to intimidate me.

Exhibit C

30

# Exhibit D

**MRS Call Log  (Detailed)**
**Washington Mutual acct # 4185 8604 1912 5402**

**CALL #** 3
    **Date:** 09-06-08 **Time:** 09:37 am
    **Company Name:** MRS
    **Caller's Name:** Called while not at home, no message left
    **Caller's Phone #:** 888-274-9847
    **Audio Recorded:** No
    **Audio File Name:** N/A

    **Statements made by Caller:** Didn't leave any message

    **How did this call make you feel:** At this point i feel like
      they are harassing me.

Exhibit D

32

# Exhibit E

**MRS Call Log  (Detailed)**
**Washington Mutual acct # 4185 8604 1912 5402**

**CALL #** 4
   **Date:** 09-07-08 **Time:** 06:10 pm
   **Company Name:** MRS
   **Caller's Name:** Ms. Jackson and Ms. Ballinger
   **Caller's Phone #:** 888-274-9847
   **Audio Recorded:** Yes
   **Audio File Name:** MRS Wash Mut 090708 0610pm

**Statements made by Caller:** Before Ms. Jackson
      identified herself she asked me to verify the last two digits
      of my SS#, which prompted me to ask with whom i was
      speaking.  Ms. Jackson then stated her name, that she was
      with MRS Associates, and that she was calling on behalf of
      her client, Washington Mutual.  Ms. Jackson asked how i
      could    resolve the matter with regard to payment and offered
      several different payment options.  At this point i informed
      Ms. Jackson that i could not pay.  Ms. Jackson then asked if
      i was working and what my address was.  When i declined to
      answer these questions she stated that she already had the
      information she was requesting, and once again asked how
      i could resolve this matter with regards to payment.

      When i stated to Ms. Jackson yet again that i could not pay,
      a Ms. Ballinger came on the line and asked what i could do
      to resolve the matter.  I informed Ms. Ballinger that i could
      not pay.  Ms. Ballinger inquired if i was employed and
      i declined to answer the question.  Ms. Ballinger then stated
      that her client LVNV Funding had given them the
      opportunity to try to work with me on the matter, but since i
      was uncooperative she would make the recommendation
      to her client to collect the balance in full with no payment
      arrangement or settlement to be offered.  At this point
      Ms. Ballinger said she would give me twenty-four hours
      to come up with a settlement payment and if she didn't
      hear from me by then she would tell her client to do
      whatever they felt necessary to collect the balance.  As a
      parting question Ms. Ballinger asked me to confirm my
      address.

**How did this call make you feel?** Now i feel like i am
      definitely being harassed.  How many times am i going to
      have to answer the same question?  I also feel like i am being
      ganged up on, as there were two callers going at me on this
      call.  I also feel that i was being threatened and that the two
      ladies were trying to intimidate me. Also, i'm a little confused.
      Three different entities were named in this call:  Washington Mutual,
      MRS Associates,and LVNV Funding.  Who are these people actually
      working for???

Exhibit E

34

# Exhibit F

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 5
**Date:** 09-08-08  **Time:** 12:32 pm
**Company Name:** MRS
**Caller's Name:** Angela
**Caller's Phone #:** 888-274-9847
**Audio Recorded:** Yes
**Audio File Name:** MRS Wash Mut 090808 1232pm

**Statements made by Caller:**  Angela asked repeatedly what
i could do to resolve this matter and each time i responded
by telling her that i could not pay.  Angela asked if i was
refusing to pay and i responded by saying that i wasn't
refusing, i couldn't pay. Then she asked if i was working, to
which i respectfully declined to answer.  At this point Angela
said she would send this back to "them" as a refusal to pay
and they would proceed to collect the balance in full as they
deemed necessary.  As a parting statement Angela said, and
i quote, "and calls will continue."

**How did this call make you feel?**  This is nothing but pure,
unadulterated harassment.  Yesterday a Ms. Ballinger said
she would give me twenty-four hours to resolve the matter
but they are already calling back, continually asking the
same question over and over again.  And i am being
threatened with more harassment as is evidenced by Angela's
last statement that "calls will continue".

Exhibit F

36

# Exhibit G

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  6
  **Date:**  09-09-08  **Time:**  10:02 am
  **Company Name:**  MRS
  **Caller's Name:**  Ms. Barnett
  **Caller's Phone #:**  888-274-9847
  **Audio Recorded:**  Yes
  **Audio File Name:**  MRS Wash Mut 090908 1002am

**Statements made by Caller:**  Nothing of note here,
    really.  Ms. Barnett asked what i could pay on the
    account and i replied that i could not pay.  I did ask
    Ms. Barnett what LVNV paid for the account and she
    said the settlement amount they were offering was
    pretty much what they paid for the account.

  **How did this call make you feel?**  Like i'm being
    harassed on a daily basis.  And a little creeped out.  I
    love the way the automated voice says my name at the
    initial greeting of the call.  It sounds like Linda Blair got
    a job at MRS.  Truly evil sounding.

Exhibit G

38

# Exhibit H

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 7
    **Today's Date:**  09-14-08  **Time:**  04:32 pm
    **Company Name:**  MRS
    **Callers Name:**  Called but left no message
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  No
    **Audio File Name:**  N/A

    **Statements made by Caller:**  Didn't leave message

    **How did this call make you feel?**  Wow, they went a coupla
       whole days without calling.

**CALL #** 8
    **Today's Date:**  09-15-08  **Time:**  09:09 am
    **Company Name:**  MRS
    **Callers Name:**  Called but left no message
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  No
    **Audio File Name:**  N/A

    **Statements made by Caller:**  Didn't leave a message

    **How did this call make you feel?**  Here we go again

**CALL #** 9
    **Today's Date:**  09-17-08  **Time:**  08:41 am
    **Company Name:**  MRS
    **Callers Name:**  Called but left no message
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  No
    **Audio File Name:**  N/A

      **Statements made by Caller:**  Didn't leave a message

      **How did this call make you feel?**  What do they want now???

Exhibit H

# Exhibit I

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  10
   **Today's Date:**  09-18-08  **Time:**  08:56 am
   **Company Name:**  MRS
   **Callers Name:**  Ms. Jackson
   **Callers Phone #:**  888-274-9847
   **Audio Recorded:**  Yes
   **Audio File Name:**  MRS Wash Mut 091808 0856am

**Statements made by Caller:**  Ms. Jackson claimed that
   she had never spoken with me before.  I know there are a
   lot of people named Jackson, but this lady's voice
   sounded identical to the lady's voice that i spoke with a
   couple of weeks ago.  (Reference MRS Call Log #4, audio
   file name MRS Wash Mut 090708 0610pm)  After being
   told that i could not pay, Ms. Jackson insisted that i was
   refusing to cooperate.  I stated that i was not refusing,
   i simply could not pay.  At this point Ms. Jackson
   became obviously quite irritated.

**How did this call make you feel?**  I'm still creeped out
   by the way the automated voice on the greeting message
   says my name- sounds like something out of The
   Exorcist.  I  fail to understand why Ms. Jackson
   would claim that we have never spoken before-  what's
   to be gained by that?  I am quite certain this is the same
   person i spoke with a couple of weeks ago.  I also fail to
   understand why they keep harassing me.  I've told them
   on numerous occasions that i can't pay.  Do they really
   think that calling me repeatedly is going to change
   that???

Exhibit I

42

# Exhibit J

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  11
    **Today's Date:**  09-19-08  **Time:**  11:16 am
    **Company Name:**  MRS
    **Callers Name:**  Mr. Fields
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  Yes
    **Audio File Name:**  MRS Wash Mut 091908 1116am

**Statements made by Caller:**  Mr. Fields asked me where
    i was currently residing and i declined to answer the
    question.  Mr. Fields then stated that he was not going to
    banter with me or be combative, but then he proceeded to
    do both of those things.  He stated that his question
    should obviously be answered, and that if i didn't want to
    answer he was going to terminate the call.  Then he said he
    was going to count to five and if i hadn't answered his
    question by then he would terminate the call. After his brief
    and wholly unsuccessful attempt at some witty repartee, he
    did just that.

**How did this call make you feel?**  This has got to be the
    most asinine call that i have gotten from these people to
    date.  Is this guy mentally stable or does he need some
    medication?  Can somebody please explain to me why he
    is counting?  I decline to answer his question so he
    threatens to hang up on me.  And this is meant to
    punish me how???  Good riddance, i wasn't much
    enjoying our conversation anyway!

Exhibit J

# Exhibit K

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  12
   **Today's Date:**  09-21-08  **Time:**  05:24 pm
   **Company Name:**  MRS
   **Callers Name:**  Unidentified
   **Callers Phone #:**  888-274-9847
   **Audio Recorded:**  Yes
   **Audio File Name:**  MRS Wash Mut 092108 0524pm

   **Statements made by Caller:**  The caller evidently couldn't
      hear me so he hung up.

   **How did this call make you feel?**  Whatever

Exhibit K

46

# Exhibit L

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  13
    **Today's Date:**  09-22-08  **Time:**  12:52 pm
    **Company Name:**  MRS
    **Callers Name:**  Peter
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  Yes
    **Audio File Name:**  MRS Wash Mut 092208 1252pm

    **Statements made by Caller:**  Pretty much the same old
       harassment routine.

    **How did this call make you feel?**  I'm getting tired of
       them calling everyday with the same old thing- kinda
       wish Mr. Fields would call me again.  At least he was
       somewhat entertaining in an absurd sort of way.

Exhibit L

48

# Exhibit M

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  14
    **Today's Date:**  09-23-08  **Time:**  11:35 am
    **Company Name:**  MRS
    **Callers Name:**  Mr. Turner
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  Yes
    **Audio File Name:**  MRS Wash Mut 092308 1135am

    **Statements made by Caller:**  At first, for some unknown
    reason, Mr. Turner did not want to give me the account
    number he was calling about.  Mr. turner asked if i was
    employed and i declined to answer the question.  He said
    he would take that as a "yes", that i was working.
    Mr. Turner also stated that he would inform his client that
    i fraudulently opened the account without any intention of
    paying it back.  In closing, Mr. Turner said that calls would
    continue.

    **How did this call make you feel?**  Just more harassment
    and threats of harassment.

Exhibit M

# Exhibit N

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 15
**Today's Date:** 09-24-08  **Time:** 08:54 am
**Company Name:** MRS
**Callers Name:** Didn't leave a message
**Callers Phone #:** 888-274-9847
**Audio Recorded:** No
**Audio File Name:** N/A

**Statements made by Caller:** No message left

**How did this call make you feel?** Everyday, the same

**CALL #** 16
**Today's Date:** 09-25-08  **Time:** 08:57 am
**Company Name:** MRS
**Callers Name:** Didn't leave a message
**Callers Phone #:** 888-274-9847
**Audio Recorded:** No
**Audio File Name:** N/A

**Statements made by Caller:** No message left

**How did this call make you feel?** Whatever

**CALL #** 17
**Today's Date:** 09-25-08  **Time:** 12:54 pm
**Company Name:** MRS
**Callers Name:** Didn't leave a message
**Callers Phone #:** 888-274-9847
**Audio Recorded:** No
**Audio File Name:** N/A

**Statements made by Caller:** No message left

**How did this call make you feel?** Hmmm.  I'm becoming
very special to them-  they called twice in one day.

Exhibit N

# Exhibit O

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  18
    **Today's Date:**  09-26-08  **Time:**  12:54 pm
    **Company Name:**  MRS
    **Callers Name:**  Ms. Barnett
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  Yes
    **Audio File Name:**  MRS Wash Mut 092608 1254pm

**Statements made by Caller:**  Nothing remarkable here-
    pretty much the same old thing.  Ms. Barnett wanted to
    know how much i could pay and i informed her i couldn't.
    She stated that she was trying to work with me but she
    would have to mark this down as a refusal to pay.

**How did this call make you feel?**  I really am getting
    tired of having the same conversation every day.

Exhibit O

# Exhibit P

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 19
    **Today's Date:**  09-27-08  **Time:**  08:44 am
    **Company Name:**  MRS
    **Callers Name:**  Ms. Adams
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  Yes
    **Audio File Name:**  MRS Wash Mut 092708 0844am

    **Statements made by Caller:**  Same old thing-  harassment
      and the threat of continued harassment.

    **How did this call make you feel?**  Tired

Exhibit P

56

# Exhibit Q

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 20
    **Today's Date:**  09-29-08  **Time:**  09:25 am
    **Company Name:**  MRS
    **Callers Name:**  hang up
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  No
    **Audio File Name:**  N/A

    **Statements made by Caller:**  Evidently the caller
      couldn't hear me on speaker phone (this happens
      sometimes) and hung up.

    **How did this call make you feel?**  Oh well

Exhibit Q

# Exhibit R

**MRS Call Log  (Detailed)**
**Washington Mutual acct # 4185 8604 1912 5402**

**CALL #** 21
   **Today's Date:** 09-30-08  **Time:** 10:21 am
   **Company Name:** Mr. Fields
   **Callers Name:** MRS
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** Yes
   **Audio File Name:** MRS Wash Mut 092008 1021am

   **Statements made by Caller:** Mr. Fields asked me what
      my current address was and when i declined to answer he
      started his five-second stuff again.  I also noticed that at
      the beginning of the call Mr. Fields did not want to give
      me the account number.  A couple of callers have been
      hesitant to do so.  Is this an indication that in reality
      the account no longer exists?

   **How did this call make you feel?**  Actually, i was kind of
      disappointed in Mr. Fields this time.  He wasn't nearly
      as absurd as the last time that i spoke with him.

Exhibit R

60