# Exhibit S

## MRS Call Log  (Detailed)
### Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 22
  **Today's Date:** 10-02-08  **Time:** 01:13 pm
  **Company Name:** MRS
  **Callers Name:** hang up
  **Callers Phone #:** 888-274-9847
  **Audio Recorded:** No
  **Audio File Name:** N/A

  **Statements made by Caller:** Evidently they were having
      trouble with their phone system because the automated
      greeting wasn't even saying my name at the beginning as it
      usually does.  When i tried to retrieve the call after putting
      it on hold so i could log the date and time, the system hung
      up.

  **How did this call make you feel?** Typical stuff.

**CALL #** 23
  **Today's Date:** 10-03-08  **Time:** 09:15 am
  **Company Name:** MRS
  **Callers Name:** Didn't leave a message
  **Callers Phone #:** 888-274-9847
  **Audio Recorded:** No
  **Audio File Name:** N/A

  **Statements made by Caller:** no message

  **How did this call make you feel?** business as usual

**CALL #** 24
  **Today's Date:** 10-03-08  **Time:** 11:38 am
  **Company Name:** MRS
  **Callers Name:** Didn't leave a message
  **Callers Phone #:** 888-274-9847
  **Audio Recorded:** No
  **Audio File Name:** N/A

  **Statements made by Caller:** no message

  **How did this call make you feel?** I'm special again, two
      calls in one day.

Exhibit S

# Exhibit T

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 25
  **Today's Date:** 10-06-08  **Time:** 08:56 am
  **Company Name:** MRS
  **Callers Name:** Ms. Wrigley
  **Callers Phone #:** 888-274-9847
  **Audio Recorded:** Yes
  **Audio File Name:** MRS Wash Mut 100608 0856am

  **Statements made by Caller:** Ms. Wrigley stated that i
    should call her office and use reference number
    12231330YE for a special offer that has been extended
    to me.

  **How did this call make you feel?** Yeah, right.

Exhibit T

64

# Exhibit U

**MRS Call Log  (Detailed)**
**Washington Mutual acct # 4185 8604 1912 5402**

**CALL #**  26
   **Today's Date:**  10-07-08  **Time:**  09:06 am
   **Company Name:**  MRS
   **Callers Name:**  Janeece
   **Callers Phone #:**  888-274-9847
   **Audio Recorded:**  Yes
   **Audio File Name:**  MRS Wash Mut 100708 0906am

**Statements made by Caller:**  When i asked for Janeece's
   last name at the beginning of the call she refused to give
   it, citing security reasons.  Janeece stated that there was
   an overdue balance on the account and i informed her
   that i could not pay.  I also asked that they stop calling
   me, but Janeece said that until some sort of payment
   arrangement was set up she couldn't do anything about the
   calls.  She also stated that the calls would continue until
   some sort of arrangement was made.  Janeece then stated
   that the amount had been charged off my credit report
   and that the debt had been sold to LVNV.  When i asked
   how much LVNV had paid for the account, Janeece
   claimed that the question was irrelevant.  Janeece
   began inquiring as to who was helping me pay my bills,
   and as to how and why i was able to pay my bills but not
   pay her client.  The call ended with me once again asking
   that they not call anymore, to which Janeece
   responded that calls would in fact continue.

 **How did this call make you feel?**  I am really, and i mean
   REALLY, getting tired of having this same conversation every
   day.  However, i am almost certain they will positively honor
   my request that they not call again, given how agreeable they
   have been in the past.  What do you think???

Exhibit U

66

# Exhibit V

**MRS Call Log  (Detailed)**
**Washington Mutual acct # 4185 8604 1912 5402**

**CALL #** 27
   **Today's Date:** 10-08-08  **Time:** 03:58 pm
   **Company Name:** MRS
   **Callers Name:** hang up
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** No
   **Audio File Name:** N/A

   **Statements made by Caller:** I answered the phone, but
         the automated system hung up on me.

   **How did this call make you feel?** Annoyed

**CALL #** 28
   **Today's Date:** 10-09-08  **Time:** 04:15 pm
   **Company Name:** MRS
   **Callers Name:** hang up
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** No
   **Audio File Name:** N/A

   **Statements made by Caller:** I answered the phone, but the
         caller hung up on me.

   **How did this call make you feel?** Very annoyed.

**CALL #** 29
   **Today's Date:** 10-10-08  **Time:** 12:58 pm
   **Company Name:** MRS
   **Callers Name:** Didn't leave a message
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** No
   **Audio File Name:** N/A

   **Statements made by Caller:** called, but no message

   **How did this call make you feel?** They are relentless.

**CALL #** 30
   **Today's Date:** 10-10-08  **Time:** 04:44 pm
   **Company Name:** MRS
   **Callers Name:** Didn't leave a message
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** No
   **Audio File Name:** N/A

   **Statements made by Caller:** called, but no message

   **How did this call make you feel?** Special again, twice in
         one day.

**CALL #** 31
   **Today's Date:** 10-11-08  **Time:** 10:13 am
   **Company Name:** MRS
   **Callers Name:** Didn't leave a message
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** No
   **Audio File Name:** N/A

   **Statements made by Caller:** called, but no message

   **How did this call make you feel?** Every day.

Exhibit V

# Exhibit W

## MRS Call Log  (Detailed)
### Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  32
    **Today's Date:**  10-12-08  **Time:**  06:32 pm
    **Company Name:**  MRS
    **Callers Name:**  Mr. Turner,  Danielle
    **Callers Phone #:**  888-274-9847
    **Audio Recorded:**  Yes
    **Audio File Name:**  MRS Wash Mut 101208 0632pm

**Statements made by Caller:**  Mr. Turner asked what my
    intentions are in getting this matter resolved prior to
    making any harsh decisions against me at this time.  I
    informed Mr. Turner that i could not pay and asked that
    they stop calling.  Mr. Turner stated that he would make the
    recommendation to his client to proceed in any way they
    deemed necessary because i was refusing to honor the card
    holder agreement.  I reiterated that i was not refusing, i
    simply couldn't pay.  Mr. Turner then informed me that
    calls would continue.  At this point an individual named
    Danielle came on the line and identified herself as the
    operations manager.  She also asked what i could
    contribute to resolving this matter.  When i told her i
    couldn't pay she stated that calls would continue.  She also
    said that they would continue to conatact me by mail as well,
    but to date they have not sent me any written correspondence.

 **How did this call make you feel?**  Tired.  I think it's time
    to do something.

Exhibit W

70

# Exhibit X

## MRS Call Log  (Detailed)
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  33
   **Today's Date:**  10-13-08  **Time:**  12:57 pm
   **Company Name:**  MRS
   **Callers Name:**  Mr. Turner
   **Callers Phone #:**  888-274-9847
   **Audio Recorded:**  Yes
   **Audio File Name:**  MRS Wash Mut 101308 1257pm

**Statements made by Caller:**  Pretty much the same
   routine with a few new wrinkles.  I asked Mr. Turner if
   LVNV bought the alleged debt, does the Washington Mutual
   account that they continue to reference still exist.  He said
   the account does still exist.  I also asked if Washington
   Mutual had in fact charged off the account as i was informed
   they had by another MRS employee, did Washington Mutual
   receive any sort of insurance settlement on the account.  He
   said they did not.  After a brief conversation about who was
   paying my bills, Mr. Turner began inquiring as to whether or
   not he should attempt to contact my family members in order
   to resolve this matter.  He also made reference to someone
   other than myself being the "pants in the family" who pays
   the bills.  I made it clear in no uncertain terms that Mr. Turner
   did not have my permission to contact my family members.
   The call ended with Mr. Turner stating yet again that the
   calls would continue.

**How did this call make you feel?**  To me this is pretty
   incendiary stuff.  Very inflammatory remarks such as
   someone other than myself being the "pants" in the
   family.  Still, for the most part, it is pretty much the same sort
   of laughable stuff they have employed in the past.  However,
   i must admit that they did get to me somewhat on this one
   when they started talking about contacting my family.  They
   can call me and try to harass me all they want, but when they
   start talking about harassing my family it is way over the line
   and it is about to be on.  I believe it's time to go to work, folks.

Exhibit X
72

# Exhibit Y

Compiled from Exhibit B

| | | | | |
|---|---|---|---|---|
| #34 | 10-14-08 | 01 :21 pm | 888-274-9847 | call from, no message left |
| #35 | 10-15-08 | 09:47 am | 888-274-9847 | hang up |
| #36 | 10-17-08 | 09:34 am | 888-274-9847 | hang up |
| #37 | 10-20-08 | 04:05 pm | 888-274-9847 | call from, no message left |
| #38 | 10-21-08 | 10:13 am | 888-274-9847 | hang up |
| #39 | 10-22-08 | 12:34 pm | 888-274-9847 | call from, no message left |
| #40 | 10-23-08 | 08:52 am | 888-274-9847 | call from, no message left |
| #41 | 10-24-08 | 09:37 am | 888-274-9847 | call from, no message left |
| #42 | 10-24-08 | 01:53 pm | 888-274-9847 | call from, no message left |
| #43 | 10-27-08 | 08:35 am | 888-274-9847 | call from, no message left |
| #44 | 10-28-08 | 08:23 am | 888-274-9847 | call from, no message left |
| #45 | 10-29-08 | 09:28 am | 888-274-9847 | call from, no message left |
| #46 | 10-30-08 | 10:06 am | 888-274-9847 | call from, no message left |
| #47 | 10-30-08 | 02:27 pm | 888-274-9847 | call from, no message left |
| #48 | 10-31-08 | 08:16 am | 888-274-9847 | call from, no message left |

Exhibit Y

74

# Exhibit Z

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 49
    **Today's Date:** 10-31-08  **Time:** 01:38 pm
    **Company Name:** MRS
    **Callers Name:** Ms. Smith
    **Callers Phone #:** 888-274-9847
    **Audio Recorded:** Yes
    **Audio File Name:** MRS Wash Mut 103108 0139pm

    **Statements made by Caller:** I wanted to ask Ms. Smith a
    few questions about this matter, but she hung up rather
    abruptly.

    **How did this call make you feel?** harassed

Exhibit Z

76

# Exhibit ZA

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  50
   **Today's Date:**  11-03-08  **Time:**  09:49 am
   **Company Name:**  MRS
   **Callers Name:**  didn't leave message
   **Callers Phone #:**  888-274-9847
   **Audio Recorded:**  No
   **Audio File Name:**  N/A

   **Statements made by Caller:**  no message

    **How did this call make you feel?**  harassed

Exhibit ZA

78

# Exhibit ZB

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 51
   **Today's Date:** 11-04-08 **Time:** 12:17 pm
   **Company Name:** MRS
   **Callers Name:** Brittany
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** Yes
   **Audio File Name:** MRS Wash Mut 110408 1221pm

   **Statements made by Caller:** Brittany told me that she was
   with MRS and that they were representing Washington
   Mutual directly.  When i asked her about LVNV she
   basically denied they were involved in the matter.

   **How did this call make you feel?** Lied to and harassed

Exhibit ZB

80

# Exhibit ZC

Compiled from Exhibit B

| #52 | 11-06-08 | 08:31 am | 888-274-9847 | call from, no message left |
|-----|----------|----------|--------------|----------------------------|
| #53 | 11-07-08 | 08:08 am | 888-274-9847 | call from, no message left |
| #54 | 11-10-08 | 11:41 am | 888-274-9847 | call from, no message left |
| #55 | 11-10-08 | 04:02 pm | 888-274-9847 | call from, no message left |
| #56 | 11-14-08 | 02:15 pm | 888-274-9847 | call from, no message left |
| #57 | 11-20-08 | 08:36 am | 888-274-9847 | call from, no message left |

Exhibit ZC

# Exhibit ZD

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 58
    **Today's Date:** 11-21-08  **Time:** 11:42 am
    **Company Name:** MRS
    **Callers Name:** Mr. Cooper
    **Callers Phone #:** 888-274-9847
    **Audio Recorded:** Yes
    **Audio File Name:** MRS Wash Mut 112108 1142am

    **Statements made by Caller:** Mr. Cooper stated that i
      would pay LVNV everything i owed them.

    **How did this call make you feel?** harassed

Exhibit ZD

84

# Exhibit ZE

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  59
   **Today's Date:** 11-23-08  **Time:** 08:14 am
   **Company Name:** MRS
   **Callers Name:** Didn't leave message
   **Callers Phone #:** 888-274-9847
   **Audio Recorded:** No
   **Audio File Name:** N/A

   **Statements made by Caller:** no message

   **How did this call make you feel?** harassed

Exhibit ZE

86

# Exhibit ZF

## <u>MRS Call Log  (Detailed)</u>
## Washington Mutual acct # 4185 8604 1912 5402

**CALL #**  62
   **Today's Date:**  11-24-08  **Time:**  03:41 pm
   **Company Name:**  MRS
   **Callers Name:**  Ms. Miller
   **Callers Phone #:**  888-274-9847
   **Audio Recorded:**  Yes
   **Audio File Name:**  MRS Wash Mut 112408 0341pm

   **Statements made by Caller:**  Pretty much the same song
      and dance.  Ms. Miller did ask if there was someone i
      could ask for help in this matter.

   **How did this call make you feel?**  harassed

Exhibit ZF

# Exhibit ZG

## <u>MRS Call Log  (Detailed)</u>
### Washington Mutual acct # 4185 8604 1912 5402

**CALL #** 63
    **Today's Date:** 12-02-08  **Time:** 08:48 am
    **Company Name:** MRS
    **Callers Name:** Ms. Conner
    **Callers Phone #:** 888-274-9847
    **Audio Recorded:** Yes
    **Audio File Name:** MRS Wash Mut 120208 0848am

    **Statements made by Caller:** Same ol' same ol'.

    **How did this call make you feel?** harassed

Exhibit ZG

90

# Exhibit ZH

Compiled from Exhibit B

| #64 | 12-04-08 | 09:29 am | 888-274-9847 | call from, no message left |
|-----|----------|----------|--------------|----------------------------|
| #65 | 12-05-08 | 08:13 am | 888-274-9847 | call from, no message left |
| #66 | 12-23-08 | 09:31 am | 888-274-9847 | call from, no message left |
| #67 | 12-26-08 | 01:04 pm | 888-274-9847 | call from, no message left |
| #68 | 12-29-08 | 12:47 pm | 888-274-9847 | call from, no message left |
| #69 | 12-29-08 | 05:11 pm | 888-274-9847 | call from, no message left |
| #70 | 12-30-08 | 12:13 pm | 888-274-9847 | call from, no message left |
| #71 | 01-05-09 | 05:19 pm | 888-274-9847 | call from, no message left |
| #72 | 01-06-09 | 12:15 pm | 888-274-9847 | call from, no message left |
| #73 | 01-07-09 | 10:37 am | 888-274-9847 | call from, no message left |
| #74 | 01-08-09 | 05:13 pm | 888-274-9847 | call from, no message left |
| #75 | 01-09-09 | 03:15 pm | 888-274-9847 | call from, no message left |
| #76 | 01-11-09 | 04:16 pm | 888-274-9847 | call from, no message left |
| #77 | 01-12-09 | 04:11 pm | 888-274-9847 | call from, no message left |
| #78 | 01-13-09 | 04:31 pm | 888-274-9847 | call from, no message left |
| #79 | 01-17-09 | 09:46 am | 888-274-9847 | call from, no message left |
| #80 | 01-19-09 | 12:25 pm | 888-274-9847 | call from, no message left |
| #81 | 01-19-09 | 01:52 pm | 888-274-9847 | call from, no message left |
| #82 | 01-20-09 | 09:11 am | 888-274-9847 | call from, no message left |
| #83 | 01-20-09 | 12:08 pm | 888-274-9847 | call from, no message left |
| #84 | 01-21-09 | 09:17 am | 888-274-9847 | call from, no message left |
| #85 | 01-22-09 | 10:31 am | 888-274-9847 | call from, no message left |
| #86 | 01-26-09 | 05:47 pm | 888-274-9847 | call from, no message left |
| #87 | 01-26-09 | 08:11 pm | 888-274-9847 | call from, no message left |
| #88 | 01-27-09 | 11:35am  | 888-274-9847 | call from, no message left |

Exhibit ZH