EXHIBIT ZI

MRS ASSOCIATES WASHINGTON MUTUAL CALL LOGS



DOLORES STEWART & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS
1701 PENNSYLVANIA AVENUE
FORT WORTH, TEXAS 76104
(817) 810-0244 • (800) 676-2401 • FAX 810-0064



```
1                        I N D E X

2                                              PAGE

3    1.  08-29-08 - 2:49 p.m.   .....................    3

4    2.  09-05-08 - 8:59 a.m.   .....................    3

5    3.  09-07-08 - 6:10 p.m.   .....................    6

6    4.  09-08-08 - 12:32 p.m.  .....................   13

7    5.  09-09-08 - 11:16 a.m.  .....................   17

8    6.  09-18-08 - 8:56 a.m.   .....................   23

9    7.  09-19-08 - 11:16 a.m.  .....................   29

10   8.  09-21-08 - 5:24 p.m.   .....................   35

11   9.  09-22-08 - 12:52 p.m.  .....................   36

12   10. 09-23-08 - 11:35 a.m.  .....................   45

13   11. 09-26-08 - 12:54 p.m.  .....................   50

14   12. 09-27-08 - 8:44 a.m.   .....................   57

15   13. 09-30-08 - 10:21 a.m.  .....................   68

16   14. 10-06-08 - 8:56 a.m.   .....................   74

17   15. 10-07-08 - 9:06 a.m.   .....................   75

18   16. 10-12-08 - 6:32 p.m.   .....................   82

19   17. 10-13-08 - 12:57 p.m.  .....................   90

20   18. 10-31-08 - 1:38 p.m.   .....................  105

21   19. 11-04-08 - 12:17 p.m.  .....................  108

22   20. 11-21-08 - 11:42 a.m.  .....................  114

23   21. 11-24-08 - 3:41 p.m.   .....................  119

24   22. 12-02-08 - 8:48 a.m.   .....................  126

25   23. Court Reporter's Certificate...............  139
```

1          (Beginning of CD Transcription)

2          **AUGUST 29, 2008 - 2:49 P.M.**

3          ANSWERING MACHINE:  Saved message.  August

4    29, 2:49 p.m.  This message is for Boyd Dungan.  If

5    Boyd Dungan cannot be reached at this number, please

6    call us back at 888-274-9847 where we can remove it.

7    If you are not Boyd Dungan, please hang up or

8    disconnect.  If you are Boyd Dungan, please continue to

9    listen to this message.  There will now be a

10   three-second pause in this message.

11          By continuing to listen to this message,

12   you acknowledge you are Boyd Dungan.  This is a call

13   from MRS Associates.  This is an attempt to collect a

14   debt and any information obtained will be used for that

15   purpose.  Please contact us about an important business

16   matter at 888-274-9847.  Thank you.  Good-bye.

17          **SEPTEMBER 5, 2008 - 8:59 A.M.**

18          MR. DUNGAN:  Hello.

19          RECORDING:  Hello, this is not a sale's

20   solicitation.  Please stay on the line for the first

21   available representative.  It is important that we

22   speak with you.  We will be with you shortly.  Thank

23   you.

24          Hello, this is not a sale's solicitation.

25   Please stay on the line for the first available

1  representative.  It's important that we speak with you.

2  Thank you.

3             MR. DUNGAN:  Friday, September 5th, 2008,

4  8:59 a.m.

5             RECORDING:  Hello, this is not a sale's

6  solicitation.  Please stay on the line for the first

7  available representative.  It's important that we speak

8  with you.  We will be with you shortly.  Thank you.

9             MS. VAUGHAN:  Hello.

10            MR. DUNGAN:  Hello.

11            MS. VAUGHAN:  Hello.  Good morning.  I'm

12  looking for Boyd Dungan.

13            MR. DUNGAN:  This is Boyd.

14            MS. VAUGHAN:  Hello.

15            MR. DUNGAN:  Yes, hello.

16            MS. VAUGHAN:  Is this Boyd?

17            MR. DUNGAN:  Yes, this is Boyd.

18            MS. VAUGHAN:  Good morning, sir.  This is

19  Ms. Vaughan.  I am calling from MRS Associates.  Just

20  want to let you know the purpose of my call is to

21  attempt to collect a debt.  Any information obtained

22  will be used for that purpose.  Okay?

23            MR. DUNGAN:  Okay.  I'm sorry, what was

24  your name again?

25            MS. VAUGHAN:  Ms. Vaughan.

```
1                    MR. DUNGAN:  And what company do you

2   represent?

3                    MS. VAUGHAN:  I'm calling from MRS

4   Associates.

5                    MR. DUNGAN:  Okay.

6                    MR. VAUGHAN:  Okay.  This -- I'm calling

7   regarding your account with Washington Mutual

8   Providian.

9                    MR. DUNGAN:  Okay.  What's the account

10  number?

11                   MS. VAUGHAN:  The account number is -- you

12  ready?

13                   MR. DUNGAN:  Yeah.

14                   MS. VAUGHAN:  12231330.

15                   MR. DUNGAN:  Okay.

16                   MS. VAUGHAN:  Just real quick, this call

17  may be recorded for quality assurance, okay?

18                   MR. DUNGAN:  Okay.

19                   MS. VAUGHAN:  Okay.  (Unintelligible) to

20  proceed to make a decision on the account.  We need to

21  know what you need -- plan to do to get this resolved.

22                   MR. DUNGAN:  What?  I'm sorry, what do you

23  mean to get it resolved?

24                   MS. VAUGHAN:  Balance is due of $6,180.00.

25                   MR. DUNGAN:  Okay.  I can't pay.
```

1    MS. VAUGHAN:  Okay.  What is the reason why
2  you can't pay this, sir?

3    MR. DUNGAN:  I can't pay.

4    MS. VAUGHAN:  Okay.  That's not an ans -- a
5  good enough answer for us.

6    MR. DUNGAN:  Well, I just answered --

7    MS. VAUGHAN:  Mr. Boyd.

8    MR. DUNGAN:  I -- ma'am, I just answered
9  your question.  I told you I can't pay.

10    MS. VAUGHAN:  So you are unable to do
11  anything.  That means you are refusing to cooperate
12  with my office?  Yes or no?

13    MR. DUNGAN:  No, ma'am, I'm not refusing.
14  I just answered your question I can't pay.

15    MS. VAUGHAN:  Okay.  Well, we need to know
16  why you cannot pay a $6,000 debt in collection, sir.

17    MR. DUNGAN:  Ma'am, unless you have another
18  question, I've already answered that question.

19    MS. VAUGHAN:  Okay.  Further collection
20  will proceed, sir.  Have a good day.

21    MR. DUNGAN:  You do the same.  Thank you
22  very much.

23        **SEPTEMBER 7, 2008 - 6:10 P.M.**

24    RECORDING:  Hello, this is an important
25  call for Boyd Dungan.  If this is Boyd Dungan, please

```
 1   press one now.  To place this call on hold to --
 2              (One beep is heard)
 3              RECORDING:  Please hold while we connect
 4   you to a representative.
 5              Hello, this is not a sale's solicitation.
 6              MS. JACKSON:  MRS Associates.  May I help
 7   you?
 8              MR. DUNGAN:  Somebody called me.
 9              MS. JACKSON:  Is this Boyd?
10              MR. DUNGAN:  Yes, it is.
11              MS. JACKSON:  Boyd Dungan?
12              MR. DUNGAN:  Yes, ma'am.
13              MS. JACKSON:  How are you doing today, sir?
14              MR. DUNGAN:  Fine.  You?
15              MS. JACKSON:  Okay.  I'm doing fine.  Let
16   me see who called, okay?
17              MR. DUNGAN:  Okay.
18              MS. JACKSON:  Okay.  Mr. Dungan.
19              MR. DUNGAN:  Uh-huh.
20              MS. JACKSON:  Okay.  This call may be
21   recorded for quality assurance purposes.  And the
22   purpose of this call is to collect a debt.  Any
23   information obtained will be used for that purpose.
24              And can you verify for me, please, the last
25   two digits of your Social Security number?
```

1    MR. DUNGAN: Whom am I speaking with,
2    please?
3    MS. JACKSON: This is Tammy Jackson. I'm
4    with MRS Associates.
5    MR. DUNGAN: Okay. And --
6    MS. JACKSON: I'm contacting you today
7    regarding an account that has been forwarded to my
8    office, your Washington Mutual account.
9    MR. DUNGAN: Okay. And what's the account
10   number?
11   MS. JACKSON: 4185860419125402. It's for
12   your Visa.
13   MR. DUNGAN: Okay.
14   MS. JACKSON: Okay. And you owe my client
15   an amount of $6,180.36. And I'm contacting you today
16   to see how we can come to a resolution on your debt.
17   MR. DUNGAN: Okay. What do -- what do you
18   mean by a resolution?
19   MS. JACKSON: Well, we need to get some
20   type of payment in our office for -- on your debt. We
21   can either --
22   MR. DUNGAN: Well, I can't pay.
23   MS. JACKSON: We can go a full -- full
24   payment. We can do a full payment of $6,180 or we can
25   do a settlement out or we can do some type of payment

```
 1   plan today, sir.
 2              MR. DUNGAN:  I can't pay.
 3              MS. JACKSON:  Why not?  Are you working?
 4              MR. DUNGAN:  I can't pay.
 5              MS. JACKSON:  Are you currently working?
 6   Are you still at 2920 Shak -- Shalako Drive?
 7              MR. DUNGAN:  Look, I have no way to verify
 8   you are who you say you are.  I'm not going to
 9   verify --
10              MS. JACKSON:  Well, sir, you can call me
11   right back if --
12              MR. DUNGAN:  I'm not going to --
13              MS. JACKSON:  (Unintelligible).
14              MR. DUNGAN:  I am not going to verify --
15              MS. JACKSON:  (Unintelligible).
16              MR. DUNGAN:  Ma'am.
17              MS. JACKSON:  I mean, I have -- I have all
18   your information right here.
19              MR. DUNGAN:  Then why are you asking me
20   these questions if you already know them, the answer to
21   them?
22              MS. JACKSON:  I'm asking to verify -- to
23   make sure I'm speaking correctly to the person I need
24   to be speaking with.  When I asked you for your last
25   two digits of your Social Security, sir, that was for
```

1    your security purposes.

2              MR. DUNGAN:  Well, I'm not going to verify

3    that information over this phone.

4              MS. JACKSON:  (Unintelligible) in front of

5    me.

6              MR. DUNGAN:  I'm not going to verify the

7    information over the phone.

8              MS. JACKSON:  Boyd Dungan.  Okay.  You

9    don't want to verify any information?  What if I'm not

10   speaking to Boyd Dungan?

11             MR. DUNGAN:  I've -- haven't I already said

12   that I'm Boyd Dungan?

13             MS. JACKSON:  I will have to make this

14   decision that directly affects you.

15             MR. DUNGAN:  Okay.

16             MS. JACKSON:  So how -- how can we come to

17   a resolution on your debt today, sir?

18             MR. DUNGAN:  Well, I just answered your

19   question.  I told you I can't pay.

20             MS. JACKSON:  Right.

21             MS. BALLINGER:  Mr. Dungan, how are you

22   doing today?

23             MR. DUNGAN:  I'm fine.  And yourself?

24             MS. BALLINGER:  Fine.  My name's Tina

25   Ballinger.  I'm Ms. Jackson's manager.  I was

1  monitoring your line.

2          MR. DUNGAN:  Uh-huh.

3          MS. BALLINGER:  This is the first time I've

4  spoke to you.  It is in an attempt to collect a debt,

5  and any information will be used for that purpose.  All

6  calls are monitored for quality assurance purposes.

7          Before we make our final recommendation, we

8  wanted to contact you to see what we can do to help get

9  this matter taken care of.  You do have a balance of

10 $6,180.36.  Mr. Dungan, I'm on a recorded line, what

11 are your intentions to get this matter resolved?

12         MR. DUNGAN:  Well, let me see.  I had a

13 Ms. Vaughan call me a couple of days ago, and she asked

14 me the same question.  I told her that I can't pay.

15 The lady that I'm speaking to -- that I was speaking to

16 prior to you asked me the same question.  I told her

17 that I can't pay.  You're asking me the same question

18 again.  I've answered that question.

19         MS. BALLINGER:  Are you currently employed,

20 Mr. Dungan?  That's all I need to know.  Are you

21 employed?

22         MR. DUNGAN:  I'm not going to answer that

23 question.

24         MS. BALLINGER:  Why?

25         MR. DUNGAN:  I don't -- I am not obligated

1    to answer that question to you.

2                    MS. BALLINGER:  Okay.  So why -- I can just

3    do my own research.  It's not -- it's not a problem.

4                    MR. DUNGAN:  Okay.

5                    MS. BALLINGER:  My client, LVNV Funding has

6    given us an opportunity to try to work with you.

7                    MR. DUNGAN:  Okay.

8                    MS. BALLINGER:  Since you're telling me,

9    and I'm on a recorded line, you are refusing to honor

10   that cardholder agreement that you legally signed, I'm

11   going to go ahead and note that -- this to my client to

12   go ahead and collect the balance in full.  No payment

13   arrangement or settlement will be offered to you.

14                    Do you have a pen, Mr. Dungan?

15                    MR. DUNGAN:  Uh, yeah, I believe I do.

16                    MS. BALLINGER:  Okay.  I'm going to give

17   you 24 hours.  You either can come up with a settlement

18   to get this matter taken care of before I make my final

19   recommendation -- I'm willing to bring the balance down

20   to 4449, knocking off quite a bit of the balance from

21   6180.  Ready?

22                    MR. DUNGAN:  Sure.

23                    MS. BALLINGER:  My phone number is

24   888-274-9847.

25                    MR. DUNGAN:  Okay.

1    MS. BALLINGER:  In the meantime, I'm going

2  to go ahead and do my little research that I have to

3  do.  I'm going to give you 24 hours to come up with the

4  4449.  And if not, if I don't hear back from you, I

5  will go ahead and let my client know that you have no

6  intention to getting this matter resolved on a

7  voluntary basis, to go ahead and do what they feel

8  necessary in collecting the balance.

9    MR. DUNGAN:  Okay.

10    MS. BALLINGER:  And you still live at 2920

11  Shalako Drive?

12    MR. DUNGAN:  I'm not going to answer that

13  question either.  I decline to answer that question.

14    MS. BALLINGER:  (Unintelligible) my

15  information.  You have 24 hours.  Good luck.

16    MR. DUNGAN:  Thank you.  You have a good

17  day.

18    Let's see, it's currently Sunday, September

19  7th.  Call is ended at 6:17 p.m., Sunday, September

20  2000 -- Sunday, September 7th, 2008, 6:17 p.m.

21    **SEPTEMBER 8, 2008 - 12:32 P.M.**

22    MR. DUNGAN:  Hello.

23    RECORDING:  Hello.  This is not a sale's

24  solicitation.  Please stay on the line for the first

25  available representative.  It's important that we speak

1    with you.  We will be with you shortly.  Thank you.

2              MR. DUNGAN:  Monday, September 8th, 2008,

3    12:32 p.m.

4              RECORDING:  Hello.  This is not a sale's

5    solicitation.  Please stay on the line for the first

6    available representative.  It's important that we speak

7    with you.

8              ANGELA:  Hello.

9              MR. DUNGAN:  Hello.

10             ANGELA:  Hello.  I'm trying to reach Boyd

11   Dungan.

12             MR. DUNGAN:  This is Boyd.

13             ANGELA:  Hi, this is Angela calling from

14   MRS Associates.  How are you doing today, sir?

15             MR. DUNGAN:  I'm fine.  And yourself?

16             ANGELA:  I'm pretty good.  I'm calling you

17   today in regards to your Providian Washington Mutual

18   account.

19             MR. DUNGAN:  Okay.  I'm sorry, what was

20   your name again?

21             ANGELA:  Angela.

22             MR. DUNGAN:  Angela.  What company do you

23   represent?

24             ANGELA:  MRS Associates.

25             MR. DUNGAN:  Okay.  And you're call -- and

1    you're calling regarding what?

2                ANGELA:  Your Providian Washington Mutual.

3                MR. DUNGAN:  What's the account number?

4                ANGELA:  Okay.  Right before I go any

5    further, I have to let you know this call may be

6    recorded for quality assurance purposes.  And the

7    purpose of this call is an attempt to collect a debt,

8    and any information obtained will be used for that

9    purpose.  Okay.  Are you ready?

10               MR. DUNGAN:  Sure.

11               ANGELA:  It's 4185 --

12               MR. DUNGAN:  Okay.

13               ANGELA:  -- 8604 --

14               MR. DUNGAN:  Okay.

15               ANGELA:  -- 1912 --

16               MR. DUNGAN:  Okay.

17               ANGELA:  -- 54 -- 5402.

18               MR. DUNGAN:  All right.

19               ANGELA:  Okay.  Now, the balance on the

20   account is $6,180.36.  And I was calling to see what

21   your intentions were to get this resolved?

22               MR. DUNGAN:  I can't pay.

23               ANGELA:  You can't pay anything?

24               MR. DUNGAN:  I can't pay.

25               ANGELA:  Okay.  And why -- why can't you

```
 1   pay anything?
 2              MR. DUNGAN:  I -- I can't pay.
 3              ANGELA:  Okay.  So you can't pay anything
 4   on it at all?
 5              MR. DUNGAN:  I can't pay.
 6              ANGELA:  Okay.  But I -- I -- I see what
 7   you're saying, but you're not telling me anything.  You
 8   can't pay the whole entire balance at once, you can't
 9   pay payments, what?
10              MR. DUNGAN:  I believe I've already
11   answered that question.  I can't pay.
12              ANGELA:  Okay, sir.  Are you refusing to
13   pay, then?
14              MR. DUNGAN:  No, I'm not refusing.  I can't
15   pay.
16              ANGELA:  Okay.  Why not?
17              MR. DUNGAN:  I believe I've already
18   answered that question.  I cannot pay.
19              ANGELA:  No, sir, you haven't told me why
20   you can't pay anything.  And all you keep saying is you
21   can't pay.
22              MR. DUNGAN:  Okay.  Well, I can't pay.
23              ANGELA:  Are you working?
24              MR. DUNGAN:  I respectfully decline to
25   answer that question.
```

```
 1              ANGELA:  Okay.  Well, that's fine.  If you
 2    don't want to, you know, work with me here, because
 3    I -- I'm willing to work with you on this, I'll go
 4    ahead and send this back to them as a refusal to pay.
 5    And they'll go ahead and proceed to collect the balance
 6    in full the way they deem necessary.
 7              MR. DUNGAN:  Okay.
 8              ANGELA:  Okay.  All right.  Calls will
 9    continue.
10              MR. DUNGAN:  Okay.
11              ANGELA:  Bye.
12              MR. DUNGAN:  Good-bye.
13              Call ended at 12:35 p.m.  Again, it's
14    September -- Monday, September 8th, 2008.  Call ended
15    at 12:35 p.m.
16              SEPTEMBER 9, 2008 - 10:02 A.M.
17              (Phone ringing)
18              RECORDING:  Hello.  This is an important
19    call for Boyd Dungan.  If this is Boyd Dungan, please
20    press one now.  To place this call on hold to allow for
21    this person to come to the phone, please press two.
22              (One beep is heard)
23              RECORDING:  This call is on hold.  Please
24    press any key on your telephone keypad to hear this
25    message.
```

```
1              MR. DUNGAN:  Tuesday, September 9th, 2008,
2   10:02 a.m.
3              RECORDING:  This --
4              (One beep is heard)
5              RECORDING:  Hello.  This is an important
6   call for Boyd Dungan.  If this is Boyd Dungan, please
7   press one now.
8              (One beep is heard)
9              RECORDING:  Please hold while we connect
10  you to a representative.
11             MS. BARNETT:  Hi, may I speak to Boyd
12  Dungan.
13             MR. DUNGAN:  Yeah, this is Boyd.
14             MS. BARNETT:  Hi, Boyd.  This is Crystal
15  Barnett, and this is MRS Associates.  I was contacting
16  you per a previous conversation you had with one of my
17  associates on the 8th regarding your Washington Mutual
18  Providian account.
19             MR. DUNGAN:  Okay.
20             MS. BARNETT:  Actually, they did mark the
21  file as a refusal and sent it over to me to make a
22  decision.  Before any decisions were made, I wanted to
23  see why you weren't even able to set up a small payment
24  plan until things possibly got better?
25             MR. DUNGAN:  Okay.  I'm -- I'm sorry, what
```

1    was your name again?

2                MS. BARNETT:  My name is Crystal Barnett.

3                MR. DUNGAN:  Okay.  And what company do you

4    represent?

5                MS. BARNETT:  MRS Associates.

6                MR. DUNGAN:  And you're calling in

7    reference to what?  I'm sorry.

8                MS. BARNETT:  Washington Mutual Providian.

9                MR. DUNGAN:  And the account number is?

10               MS. BARNETT:  Let me pull that up here.

11   Last four on the account number, 5402.

12               MR. DUNGAN:  Okay.  And how may I help you

13   today?

14               MS. BARNETT:  I was actually calling to see

15   why you were unable to mark -- to get, like, even a

16   small payment plan set up regarding the file?

17               MR. DUNGAN:  Okay.  Well, I can't pay.

18               MS. BARNETT:  You're not even able to do a

19   $50 a month just to show some kind of an intent at this

20   point?

21               MR. DUNGAN:  I cannot pay.

22               MS. BARNETT:  I do have to let you know the

23   purpose of the call is an attempt to collect on a debt.

24   Any information obtained will be used for that purpose.

25   The call may be recorded for quality assurance

```
 1   purposes.
 2              Did they give you our callback information
 3   anything changed -- in case anything happened to
 4   change?
 5              MR. DUNGAN:  I'm -- you wanted to give me a
 6   phone number; is that correct?
 7              MS. BARNETT:  Well, I asked if they had
 8   given you the callback information in case you decided
 9   that you wanted to try to get something set up
10   regarding the file?
11              MR. DUNGAN:  Oh, why don't you go ahead and
12   give that me now, please.
13              MS. BARNETT:  It's 888 --
14              MR. DUNGAN:  Okay.
15              MS. BARNETT:  -- 274 --
16              MR. DUNGAN:  Okay.
17              MS. BARNETT:  -- 9847.
18              MR. DUNGAN:  Okay.
19              MS. BARNETT:  (Unintelligible) speak to
20   anyone when you call in.  Just let them now that -- who
21   you are.
22              MR. DUNGAN:  Okay.
23              MS. BARNETT:  Well, do you know a
24   roundabout time when you think things may get better
25   for you at all?
```

```
 1                    MR. DUNGAN:  No.  I have a question, if I
 2    may.
 3                    MS. BARNETT:  Sure.
 4                    MR. DUNGAN:  I believe I spoke to a
 5    Ms. Ballinger the other day.
 6                    MS. BARNETT:  Okay.
 7                    MR. DUNGAN:  And she said that -- I mean,
 8    you've mentioned Washington Mutual.
 9                    MS. BARNETT:  Uh-huh.
10                    MR. DUNGAN:  Okay.  Well, actually,
11    Ms. Ballinger told me that you-all are representing a
12    company called LV --
13                    MS. BARNETT:  LVNV Funding.
14                    MR. DUNGAN:  LVNV.  Okay.
15                    MS. BARNETT:  Yeah, we're calling about
16    your Washington Mutual Providian.
17                    MR. DUNGAN:  Okay.  So, evidently, LVNV has
18    bought this account from Washington Mutual, correct?
19                    MS. BARNETT:  Correct.
20                    MR. DUNGAN:  Okay.  Just out of curiosity,
21    how much did LVNV pay for the account?
22                    MS. BARNETT:  Um, well, the settlement that
23    they're authorizing for you at this point is going to
24    be prob -- around about what they ended up paying for
25    it.
```

```
 1              MR. DUNGAN:  Ma'am, which would be?

 2              MS. BARNETT:  Let me get (unintelligible).

 3    (Unintelligible) per the account, it looks like

 4    $4,440.36

 5              MR. DUNGAN:  So that's -- you're telling me

 6    that LVNV paid 44 -- about $4400 for the account?

 7              MS. BARNETT:  Roundabout, yes.  Now, I

 8    could probably get a lower settlement approved if you

 9    thought it was something that was possible.

10              MR. DUNGAN:  Okay.  I'm -- I can't pay.

11              MS. BARNETT:  Okay.  So this was just a

12    curiosity question on what they paid for it?

13              MR. DUNGAN:  Yeah, just -- just a question.

14              MS. BARNETT:  Okay.  So there's no

15    relevance to the point of you actually paying your

16    bill?

17              MR. DUNGAN:  It was relevant to my

18    curiosity.

19              MS. BARNETT:  Okay.  Please keep in mind at

20    this point we do have to mark the account as a refusal

21    to pay or refusal of your cardholder agreement, refusal

22    of a settlement.

23              MR. DUNGAN:  Okay.  Well, I'm not -- I'm

24    not refusing to cooperate.  In fact, I've answered all

25    your questions.  It's just simply that I can't pay.
```

1          MS. BARNETT:  Yeah, I understand that, sir.

2     But you are refusing to pay the bill, so it is marked

3     as a refusal.

4          MR. DUNGAN:  Well, no.  No, I haven't

5     refused.

6          MS. BARNETT:  You are not setting up any

7     type of an arrangement or small payment plan.

8     You're --

9          MR. DUNGAN:  Okay.

10         MS. BARNETT:  -- refusing to put anything

11    down on the account at all.  Because of the contract

12    you signed, it is still considered to be a refusal.

13         MR. DUNGAN:  Okay.

14         MS BARNETT:  Okay.  Thank you.  Have a good

15    day.

16         MR. DUNGAN:  You do the same.  Thank you.

17         Call is ended at 10:06 a.m.  Once again,

18    it's Tuesday, September 9th, 2008.  Call has ended at

19    10:06 a.m.

20         **SEPTEMBER 18, 2008 - 8:56 A.M.**

21         (Phone ringing)

22         RECORDING:  Hello.  This is an important

23    call for Boyd Dungan.  If this is Boyd Dungan, please

24    press one now.  To place this call on hold to allow

25    time for this person to come to the phone, please press

```
 1   two.
 2                   (One beep heard)
 3                   RECORDING:  This call is on hold.  Please
 4   press any key on your telephone keypad to hear this
 5   important message.
 6                   MR. DUNGAN:  Thursday, September 18th,
 7   2008, 8:56 a.m.
 8                   RECORDING:  This call is on hold.  Please
 9   press any key on your telephone keypad --
10                   (One beep heard)
11                   RECORDING:  Hello.  This is an important
12   call for Boyd Dungan.  If this is Boyd Dungan, please
13   press one now.
14                   (One beep heard)
15                   RECORDING:  Please hold while we connect
16   you to a representative.  Hello.
17                   MS. JACKSON:  MRS Associates.  May I help
18   you?
19                   MR. DUNGAN:  Somebody called me.
20                   MS. JACKSON:  Boyd Dungan?
21                   MR. DUNGAN:  Yes, ma'am.
22                   MS. JACKSON:  How are you doing today?
23                   MR. DUNGAN:  All right.  And yourself?
24                   MS. JACKSON:  Doing good.  Just
25   calling -- let me see.  Let me get this out of the way
```

1   right here first.  This call may be recorded for

2   quality assurance purposes.  And the purpose of this

3   call is an attempt to collect a debt, and any

4   information obtained will be used for that purpose.

5               Are you still at 2920 Shalako Drive?

6               MR. DUNGAN:  I decline to answer that

7   question.

8               MS. JACKSON:  You decline to answer that?

9               MR. DUNGAN:  What -- excuse me.  I'm sorry.

10  What was your name again?

11              MS. JACKSON:  My name is Ms. Jackson.

12              MR. DUNGAN:  Ms. Jackson.  And what -- what

13  company do you represent?

14              MS. JACKSON:  I represent MRS Associates.

15  I'm calling today for your Washington Mutual Visa.

16              MR. DUNGAN:  Okay.

17              MS. JACKSON:  Do you have a piece of paper

18  and a pen?

19              MR. DUNGAN:  What's -- what's the account

20  number?

21              MS. JACKSON:  The account number that you

22  had on your account?

23              MR. DUNGAN:  Yes, ma'am.

24              MS. JACKSON:  Or the account number we have

25  given your account?

```
 1              MR. DUNGAN:  No, the account number on the
 2   account.
 3              MS. JACKSON:  Okay.  4185860419125402.
 4              MR. DUNGAN:  Okay.
 5              MS. JACKSON:  Can I get you to verify the
 6   last two numbers of your Social Security so I can make
 7   sure I'm speaking with Mr. Dungan?
 8              MR. DUNGAN:  Can I get you to verify the
 9   last two digits of your Social -- Social Security
10   number, please?
11              MS. JACKSON:  Uh-huh.  75.
12              MR. DUNGAN:  Okay.  Well, I decline to
13   answer your question.
14              MS. JACKSON:  Okay.  Well, sir, why do you
15   keep on asking me questions, but I can't ask you
16   questions?
17              MR. DUNGAN:  I'm not obligated to answer
18   any of your questions, ma'am.  I have no way of
19   verifying that you are who you say you are.
20              MS. JACKSON:  Okay.  Well, you call -- you
21   called me back.
22              MR. DUNGAN:  No.  No, ma'am, that's
23   incorrect.  You called me, and I answered the phone,
24   and it put me on hold.  So that's incorrect.
25              MS. JACKSON:  Okay.  Well, sir --
```

1          MR. DUNGAN:  You -- you-all called me.
2    And, you know, I've -- I've spoken with -- this makes
3    the second time I've spoken with you now.  So --
4          MS. JACKSON:  The second you've spoken with
5    me?
6          MR. DUNGAN:  Yes, ma'am, that is correct.
7    And I believe I answered all your questions the last
8    time I talked to you.
9          MS. JACKSON:  No, sir, I've never talked to
10   you.
11         MR. DUNGAN:  You never have, really?
12         MS. JACKSON:  I never personally talked to
13   you.  No, I have not.
14         MR. DUNGAN:  Okay.
15         MS. JACKSON:  My name is Ms. Jackson.  I
16   have never talked to you.  I'm looking at your account
17   right now.
18         MR. DUNGAN:  Okay.
19         MS. JACKSON:  I have never spoken with you.
20         MR. DUNGAN:  Okay.
21         MS. JACKSON:  The reason I'm asking, do you
22   have any intentions on taking care of this debt?
23         MR. DUNGAN:  I can't pay.
24         MS. JACKSON:  You don't have any
25   intentions?  Well, I'll mark your account as a refusal

```
 1   to honor your cardholder agreement.

 2              MR. DUNGAN:  Ma'am.

 3              MS. JACKSON:  Refuse to cooperate in

 4   reaching a settlement.

 5              MR. DUNGAN:  Ma'am, I'm -- I'm not

 6   refusing.  I simply can't pay.

 7              MS. JACKSON:  Are you currently employed?

 8              MR. DUNGAN:  I decline to answer that

 9   question.

10              MS. JACKSON:  If you're declining to answer

11   all the questions, then you're refusing.

12              MR. DUNGAN:  No, ma'am, I'm -- I'm not

13   refusing.

14              MS. JACKSON:  Yes, you --

15              MR. DUNGAN:  I simply can't pay.

16              MS. JACKSON:  You're declining payment,

17   you're refusing to verify who you are.

18              MR. DUNGAN:  That's incorrect also.  I'm

19   not declining payment.  I simply can't --

20              MS. JACKSON:  Cooperate.

21              MR. DUNGAN:  Okay.

22              MS. JACKSON:  You're refusing to cooperate.

23              MR. DUNGAN:  Okay.

24              MS. JACKSON:  Aren't you?

25              MR. DUNGAN:  No, ma'am.
```

1          MS. JACKSON:  Yes, you are.

2          MR. DUNGAN:  I just ans --

3          MS. JACKSON:  You refused to verify your

4   Social Security --

5          MR. DUNGAN:  No, ma'am, I just answered

6   your question.

7          MS. JACKSON:  Refuse to verify your

8   address.  You're declining, so you're refusing to

9   cooperate, correct?

10         MR. DUNGAN:  No, ma'am.

11         MS. JACKSON:  Yes, that is correct.

12         MR. DUNGAN:  Well --

13         MS. JACKSON:  Are you still residing at

14  2920 Shalako Drive?

15         MR. DUNGAN:  I decline to answer that

16  question.

17         MS. JACKSON:  Okay.  Then you're refusing

18  to cooperate, sir.  You have no intentions of taking

19  care of this debt.  Thank you.

20         MR. DUNGAN:  My goodness.  Call ended at 9

21  o'clock a.m.  Once again, it's Thursday, September 18,

22  2008.  Call ended at 9 o'clock a.m.

23         **SEPTEMBER 19, 2008 - 11:16 A.M.**

24         MR. DUNGAN:  Hello.

25         RECORDING:  Hello.  This is an important

1  call for Boyd Dungan.  If this is Boyd Dungan, please

2  press one now.  To place this call on hold to allow

3  time for this person to come to the phone, please press

4  two.

5                    (One beep heard)

6                    RECORDING:  This call is on hold.  Please

7  press any key on your telephone keypad to hear this

8  important message.

9                    MR. DUNGAN:  Friday, September 19th, 2008,

10  11:16 a.m.

11                    RECORDING:  This call is on hold.

12                    (One beep heard)

13                    RECORDING:  Hello.  This is an important

14  call for Boyd Dungan.  If this is Boyd Dungan, please

15  press one now.

16                    (One beep heard)

17                    RECORDING:  Please hold while we connect

18  you to a representative.

19                    Hello.  This is --

20                    MR. FIELDS:  MRS --

21                    MR. DUNGAN:  Hello?

22                    MR. FIELDS:  Yes, may I help you?

23                    MR. DUNGAN:  Somebody called me.

24                    MR. FIELDS:  We're looking for a Boyd

25  Dungan.

```
 1              MR. DUNGAN:  This is Boyd.
 2              MR. FIELDS:  Boyd, let me remind you this
 3   is an attempt to collect a debt.  Any information
 4   obtained used for the purpose or a call being
 5   monitored.  It is being recorded for quality assurance.
 6              It appears to be in regards to Washington
 7   Mutual Providian.  It looks live you had conversation
 8   before.
 9              MR. DUNGAN:  Yeah.  Okay.  Well, I'm sorry,
10   what was your name again?
11              MR. FIELDS:  Don Fields.
12              MR. DUNGAN:  I'm sorry, what?
13              MR. FIELDS:  You spoke to someone in our
14   office just yesterday.
15              MR. DUNGAN:  Okay.  And what was your name
16   again, please?
17              MR. FIELDS:  It's Don.
18              MR. DUNGAN:  And your last name, please.
19              MR. FIELDS:  Fields, F-i-e-l-d-s.
20              MR. DUNGAN:  Okay.  And what company do you
21   represent?
22              MR. FIELDS:  Mr. -- well, I'm with MRS
23   Associates on behalf of LVNV Funding.
24              MR. DUNGAN:  Okay.  And what's this in
25   regards to?
```

| | |
|---|---|
| 1 | MR. FIELDS:  The Washington Mutual |
| 2 | Providian account.  Are you still at the address of |
| 3 | 2920 Shalako Drive? |
| 4 | MR. DUNGAN:  What's the account number? |
| 5 | MR. FIELDS:  Okay, sir.  I'm trying to ask |
| 6 | you a question in regards to your address. |
| 7 | MR. DUNGAN:  Okay.  Well, I -- I decline to |
| 8 | answer that question.  So -- |
| 9 | MR. FIELDS:  Well, I tell you what.  The |
| 10 | call's being recorded. |
| 11 | MR. DUNGAN:  Okay. |
| 12 | MR. FIELDS:  I take that as a refusal to |
| 13 | resolve the matter. |
| 14 | MR. DUNGAN:  No, I'm not refusing anything. |
| 15 | MR. FIELDS:  Okay.  Well, you -- you didn't |
| 16 | answer the question.  I'm not going to -- listen, |
| 17 | Mr. Fister -- Dungan, I'm not going to banter with you |
| 18 | or be combative. |
| 19 | MR. DUNGAN:  Okay. |
| 20 | MR. FIELDS:  If you're not going to answer |
| 21 | the question, I'll kindly terminate the call and advise |
| 22 | you further collection activity will continue, but I'm |
| 23 | not going to get into a whole lot of questions that are |
| 24 | irrelevant at this point. |
| 25 | MR. DUNGAN:  Okay.  Well -- |

1    MR. FIELDS:  You're asking me questions.

2  I'm answering them very properly and professionally.

3    MR. DUNGAN:  Okay.  Let me ask -- let

4  me --

5    MR. FIELDS:  I'm not going to take a

6  refusal on a question that I ask you which is very

7  obvious that should be answered.  So if you don't want

8  to answer it with --

9    MR. DUNGAN:  Well, first of all --

10    MR. FIELDS:  -- with yes or no, say, no and

11  I'll terminate the call.

12    MR. DUNGAN:  First of all, you're --

13    MR. FIELDS:  Yes or no.

14    MR. DUNGAN:  -- you're asking me to verify

15  information, okay.

16    MR. FIELDS:  Sir, your address is all I'm

17  asking.

18    MR. DUNGAN:  Have you ever heard of

19  identity theft, sir?

20    MR. FIELDS:  Have I ever heard of it?

21  You're asking me a question without answering the

22  original question I asked.  And I take it -- I'm going

23  to count to five before this call is terminated.  If

24  you want to answer it, sir, it's a good day.

25    MR. DUNGAN:  If -- if you want to terminate

```
1   the call, that's fine with me.

2               MR. FIELDS:  Yeah.

3               MR. DUNGAN:  Okay.  Well, then why don't

4   you terminate the call?

5               MR. FIELDS:  I already have.  You quit

6   talking, that's all.

7               MR. DUNGAN:  You're still talking.

8               MR. FIELDS:  You're on the phone, but

9   you're just talking.

10              MR. DUNGAN:  You --

11              MR. FIELDS:  Because you're asking me a

12  question and still haven't verified who you are.

13              MR. DUNGAN:  You haven't terminated the

14  call because you're still talking.

15              MR. FIELDS:  Well, you're listening,

16  obviously.

17              MR. DUNGAN:  Well --

18              MR. FIELDS:  You won't verify the address

19  or --

20              MR. DUNGAN:  Are you trying -- are you

21  trying -- are you attempting to harass me, sir?

22              MR. FIELDS:  One, two, three, four, five.

23  Thank you, sir.  Whoever you may be, thank you.

24              MR. DUNGAN:  Call ended at 11:19 a.m.  Once

25  again, it's Thursday, September 19th, 2008.  Call ended
```

```
 1   at 11:19 a.m.
 2                 SEPTEMBER 21, 2008, 5:24 P.M.
 3               MR. DUNGAN:  Hello.
 4               RECORDING:  Hello.  This is an important
 5   call for Boyd Dungan.  If this is Boyd Dungan, please
 6   press one now.  To place this call on hold to allow
 7   time for this person to come to the phone, please press
 8   two.
 9               (One beep heard)
10               RECORDING:  This call is on hold.  Please
11   press any key on your telephone keypad to hear this
12   important message.
13               MR. DUNGAN:  Sunday, September 21st, 2008,
14   5:24 p.m.
15               RECORDING:  This call is on hold.  Please
16   press any key on your telephone keypad to hear this
17   important message.
18               (One beep heard)
19               RECORDING:  Hello.  This is an important
20   call for Boyd Dungan.  If this is Boyd Dungan, please
21   press one now.  To --
22               (One beep heard)
23               RECORDING:  Please hold while we connect
24   you to a representative.
25               Hello.  This --
```

```
 1              UNIDENTIFIED MRS EMPLOYEE:  Yeah, Boyd.

 2              MR. DUNGAN:  Yeah.

 3              UNIDENTIFIED MRS. EMPLOYEE:  Hello, Boyd.

 4              MR. DUNGAN:  Yes.  Hello?  Hello?

 5              Call ended at 5:25 p.m., Sunday, September

 6  21, 2008.  Call ended at 5:25 p.m.

 7              SEPTEMBER 22, 2008, 12:52 P.M.

 8              MR. DUNGAN:  Hello.

 9              RECORDING:  This is an important call for

10  Boyd Dungan.  If this is Boyd Dungan, please press one

11  now.  To place this call on hold to allow time for this

12  person to come to the phone, please press two.

13              (One beep heard)

14              RECORDING:  This call is on hold.  Please

15  press any key on your telephone keypad to hear this

16  important message.

17              MR. DUNGAN:  Monday, September 22nd, 2008,

18  12:52 p.m.

19              RECORDING:  This call is on --

20              (One beep heard)

21              RECORDING:  Hello.  This is an important

22  call for Boyd Dungan.  If this is Boyd Dungan, please

23  press one now.

24              (One beep heard)

25              RECORDING:  Please hold while we connect
```

```
 1    you to a representative.

 2                Hello.

 3                PETER:  Hello, this Boyd Dungan?

 4                MR. DUNGAN:  Yeah, this is Boyd.  Hello?

 5                PETER:  This is Peter with MRS Associates.

 6    How are you today?

 7                MR. DUNGAN:  I'm all right.  I'm sorry,

 8    what was your name?

 9                PETER:  My name is Peter.

10                MR. DUNGAN:  What's your last -- what's

11    your last name?

12                PETER:  I'm calling from MRS Associates.

13                MR. DUNGAN:  What's your last name?

14                PETER:  (Unintelligible).

15                MR. DUNGAN:  I'm sorry, I didn't catch

16    that.

17                PETER:  Mr. Dungan.

18                MR. DUNGAN:  Yeah.

19                PETER:  I do have to advise you the call

20    may be monitored or recorded for quality assurance

21    purposes.

22                MR. DUNGAN:  Okay.

23                PETER:  The purpose of our call is an

24    attempt to collect a debt, and any information obtained

25    will be used for that purpose.
```

```
 1              This is for your LVNV Funding account
 2   that's in our office.  We represent LVNV Funding for
 3   what used to be a Washington Mutual Visa account of
 4   yours.
 5              MR. DUNGAN:  Okay.
 6              PETER:  There's an outstanding balance in
 7   our office of $6,247.91 --
 8              MR. DUNGAN:  What's --
 9              PETER:  -- that's gone unresolved.  We
10   wanted to contact you to see if we can discuss some
11   options with you to get this resolved.
12              MR. DUNGAN:  Okay.  What -- what's the
13   account number again, please?
14              PETER:  12231330 is our MRS account number.
15              MR. DUNGAN:  Okay.  Well, I can't pay.
16              PETER:  And what is the reason that you
17   can't pay the debt?
18              MR. DUNGAN:  I can't pay.
19              PETER:  Because why?  What is your
20   reasoning?
21              MR. DUNGAN:  Because I can't pay.
22              PETER:  Okay.  But we need to know a reason
23   for your delinquency.  Are you unemployed, are you
24   disabled?
25              MR. DUNGAN:  I can't pay.
```

```
 1              PETER:  I have to advise you that further

 2   collection activity is going to continue on the

 3   account.  We have to document the -- the breach of

 4   contract --

 5              MR. DUNGAN:  Uh-huh.

 6              PETER:  -- refusal to pay and a refusal to

 7   cooperate since you're not giving us --

 8              MR. DUNGAN:  Well, no, I'm not --

 9              PETER:  -- giving us reason why you're

10   not --

11              MR. DUNGAN:  Sir, I'm not -- I'm not

12   refusing --

13              PETER:  -- (unintelligible) cooperate.

14              MR. DUNGAN:  I'm not refusing to cooperate

15   with you.  I simply can't pay.

16              PETER:  I've asked you -- this will

17   be -- be now the fourth time that I've asked you what

18   is your reason for delinquency.

19              MR. DUNGAN:  Okay.

20              PETER:  You just keep saying I can't pay.

21   But what is the reason --

22              MR. DUNGAN:  And --

23              PETER:  -- you can't pay?

24              MR. DUNGAN:  And I have answered your

25   question regarding that.  And -- and let -- let me ask
```

```
1   you a question.  You know, you -- you say that you're

2   going to have to mark this down as I'm not cooperating

3   and it's a refusal to pay.  And, you know, this is

4   about the twelfth call I've gotten from you-all that

5   you say the same thing.  How many times does it take

6   to -- for you to call me to mark this down as

7   unresolved?  It appears --

8               PETER:  (Unintelligible).

9               MR. DUNGAN:  It appears to me that you're

10  attempting to harass me.

11              PETER:  This -- this is a collection.  If

12  you were to research it, you would understand that.

13              MR. DUNGAN:  Well --

14              PETER:  (Unintelligible).

15              MR. DUNGAN:  No, it seems to me you-all --

16              PETER:  Okay.

17              MR. DUNGAN:  It seems to me you're trying

18  to harass me because you call me --

19              PETER:  I'm not harassing you, sir.

20              MR. DUNGAN:  Yes, you are.

21              PETER:  If we harassed you, we'd be calling

22  you --

23              MR. DUNGAN:  Yes, you are.

24              PETER:  -- (unintelligible) times

25  during -- throughout the day.  By law, the FCC --
```

```
 1              MR. DUNGAN:  This is harassment.
 2              PETER:  -- (unintelligible) is allowed to
 3   call you three -- make efforts to contact you three
 4   times a day.
 5              MR. DUNGAN:  Let -- let me -- let me ask
 6   you this, also.  How much did LV -- LVNV pay for this
 7   account?
 8              PETER:  LVNV Funding?
 9              MR. DUNGAN:  Yeah.
10              PETER:  Our -- our client?
11              MR. DUNGAN:  Yeah.  How much did they pay
12   for this account?
13              PETER:  We don't -- we don't have anything
14   to do with the purchase of the debt, sir.  We just
15   collect it on a retention basis for them.
16              MR. DUNGAN:  Okay.  Well, that's --
17   that's -- you know, I -- you didn't answer my question,
18   really.  I mean, you're telling me that I'm not
19   answering your question.  You really didn't answer my
20   question right there.
21              PETER:  It's not about how much they bought
22   the debt for.  It's about that you owe $6,247,91.
23              MR. DUNGAN:  Okay.  Well, I --
24              PETER:  It's not how much my client bought
25   the debt for.
```

1          MR. DUNGAN:  Okay.  Well --

2          PETER:  I'm not going to have you

3  flip -- flip it on us today.  That's not -- that's not

4  the purpose of our call.  The purpose of our call is to

5  collect the debt.  And any information obtained is used

6  for that purpose.

7          MR. DUNGAN:  Okay.

8          PETER:  Whatever LVNV bought the debt for

9  doesn't have any validity about how much you owe for

10  the bill.  That doesn't have anything to do --

11          MR. DUNGAN:  Well, sure -- sure it does.

12  You may not want to admit that, but sure it does.

13          Anyway, I've answered your question.  I

14  can't pay.  Is there anything else I can help you with

15  today?

16          PETER:  I do have to advise you,

17  Mr. Dungan, that further collection activity is going

18  to continue on the account --

19          MR. DUNGAN:  You mean --

20          PETER:  -- until you make arrangements

21  to --

22          MR. DUNGAN:  You mean further harassment

23  activities.

24          PETER:  -- pay a settlement on the account

25  or at least make partial-payment arrangements.  We're

```
 1   more than willing to work with you.
 2               MR. DUNGAN:  Uh-huh.
 3               PETER:  You have to keep in mind that we're
 4   not -- we're not here to badger you --
 5               MR. DUNGAN:  You're more than willing
 6   to --
 7               PETER:  -- or to make things difficult for
 8   you.
 9               MR. DUNGAN:  Actually, you are
10   because --
11               PETER:  We're here to try to help you.
12   Because you're going to have to come to a point
13   where --
14               MR. DUNGAN:  No, you're calling me every
15   day.
16               PETER:  -- you're going to have to say, you
17   know what --
18               MR. DUNGAN:  So you are badgering me, you
19   are harassing me.
20               PETER:  -- (unintelligible) whether it be,
21   you know, paying $100 a month or whatever the case may
22   be --
23               MR. DUNGAN:  Uh-huh.
24               PETER:  -- that's going to fit you best
25   financially.
```

```
 1              MR. DUNGAN:  All right.
 2              PETER:  You're going to have to come to a
 3  point where you're going to be -- where you're going to
 4  have to say, okay, let's -- let's -- let's work with
 5  these people.  If you keep, you know, just avoiding the
 6  situation, I mean, it's just going to -- you know,
 7  it --
 8              MR. DUNGAN:  Sir, I'm not avoiding
 9  anything.  I'm talking to you now.
10              PETER:  Every day it's going to be the same
11  thing.
12              MR. DUNGAN:  And I've told to you --
13              PETER:  I mean, they're going to continue
14  to call you.  Whether we collect the debt or not, we'll
15  send it back to the client and then they'll send it to
16  another agency or they'll proceed with further
17  collection efforts in -- in -- in other ways.  So, I
18  mean, it's -- like I said, you're going to have to come
19  to a point where you're going to have to, you know,
20  bend a little bit here and -- and work with us.
21              MR. DUNGAN:  Oh, really?
22              PETER:  So that we can, you know, help you
23  get this resolved.
24              MR. DUNGAN:  Uh, okay.
25              PETER:  Hopefully you'll think about that
```

```
 1   and take that into consideration.  Again, we're not
 2   here -- we're not here to -- we're not your enemy.
 3   We're here -- here to help you and to help your -- your
 4   FICO score and your credit report.
 5              MR. DUNGAN:  Yeah.
 6              PETER:  Get you back on your feet again to
 7   where you'll, you know, be able to -- you know, you'll
 8   be able to do some things later on in life with the
 9   credit so that, you know, that your -- your credit
10   report isn't, you know, diminished by this.  Okay?
11              MR. DUNGAN:  Okay.
12              PETER:  So you have a nice day, sir.  And,
13   hopefully, you'll have a change of heart.
14              MR. DUNGAN:  You -- you do the same.
15              PETER:  All right, sir.  Good day.
16              MR. DUNGAN:  You, too.  Bye-bye.
17              Call ended at 12:58 p.m.  Once again, it's
18   Monday, September 22nd, 2008.  Call ended at 12:58 p.m.
19              SEPTEMBER 23, 2008 - 11:35 A.M.
20              (Phone ringing)
21              MR. DUNGAN:  Hello.
22              RECORDING:  Hello.  This is an important
23   call for Boyd Dungan.  If this is Boyd Dungan, please
24   press one now.  To place this call on hold to allow
25   time for this person to come to the phone, please press
```

```
 1   two.
 2                   (One beep heard)
 3                   RECORDING:  This call is on hold.  Please
 4   press any key on your telephone keypad to hear this
 5   important message.
 6                   MR. DUNGAN:  Tuesday, September 23rd, 11:35
 7   a.m.
 8                   RECORDING:  This call is on hold.  Please
 9   press any key on your telephone keypad to hear this --
10                   (One beep heard)
11                   RECORDING:  Hello.  This is an important
12   call for Boyd Dungan.  If this is Boyd Dungan, please
13   press one now.
14                   (One beep heard)
15                   RECORDING:  Please hold while we connect
16   you to a representative.
17                   Hello.
18                   MR. TURNER:  Hi, Boyd.
19                   MR. DUNGAN:  Yeah.
20                   MR. TURNER:  Boyd Dungan, my name is
21   Mr. Turner.  I'm contacting you from MRS Associates in
22   regard to some documents here in my office.
23                   MR. DUNGAN:  Okay.
24                   MR. TURNER:  Really quick, I wanted to let
25   you know that our calls are monitored and recorded for
```

```
1    quality assurance.  And the purpose of my call today is
2    an attempt to collect from a debt.  Any information
3    obtained is used for that purpose.
4              It's in regard to your LVNV Funding account
5    or better known as your Washington Mutual account.
6              MR. DUNGAN:  Okay.  And what was your name
7    again?  I'm sorry.
8              MR. TURNER:  My name is Mr. Turner.
9              MR. DUNGAN:  And what company do you
10   represent?
11             MR. TURNER:  MRS Associates.
12             MR. DUNGAN:  And this is in regard to what?
13             MR. TURNER:  Washington Mutual.
14             MR. DUNGAN:  And the account number,
15   please.
16             MR. TURNER:  The account number of what?
17             MR. DUNGAN:  You're calling me about a
18   Washington Mutual account, didn't you say?
19             MR. TURNER:  Uh-huh.
20             MR. DUNGAN:  And what's the account number?
21             MR. TURNER:  It's a Washington Mutual
22   Credit Card.
23             MR. DUNGAN:  And the account number is?
24             MR. TURNER:  What are you talking about
25   account number?  It's a credit card.
```

1          MR. DUNGAN:  The account number on the
2    credit card.  Don't they usually have account numbers
3    on credit cards?
4          MR. TURNER:  The orig -- your credit card
5    number is 4185860419125402.
6          MR. DUNGAN:  Okay.  And how may I help you
7    today?
8          MR. TURNER:  You have a past due amount of
9    $6,247.91.
10          MR. DUNGAN:  Okay.  I can't pay.
11          MR. TURNER:  And why is that?
12          MR. DUNGAN:  Because I can't pay.
13          MR. TURNER:  Aren't you currently working?
14          MR. DUNGAN:  I decline to answer that
15    question.
16          MR. TURNER:  Okay.  I take that as a, yes,
17    you are working.  Are you just choosing not to pay it?
18    Did you charge up this card without any intention of
19    paying it back?
20          MR. DUNGAN:  You can take that however you
21    want.  I decline to answer the question.  And I've
22    answered your other question I can't pay.
23          MR. TURNER:  So -- so you're just choosing
24    not to pay.  So, basically, I --
25          MR. DUNGAN:  No, I have -- no, sir.

```
1                    MR. TURNER:  (Unintelligible) with you.

2                    MR. DUNGAN:  No.

3                    MR. TURNER:  I'm just going to mark your

4    account --

5                    MR. DUNGAN:  No, sir.

6                    MR. TURNER:  -- as a refusal to pay.  Tell

7    my client you fraudulently opened this card without any

8    intention on paying it back.  Now you are refusing to

9    cooperate and refusing under your cardholder agreement.

10                   MR. DUNGAN:  No, sir.  No, sir, that's not

11   the case.  I'm not refusing to cooperate with you.

12                   MR. TURNER:  Collection calls will

13   continue.

14                   MR. DUNGAN:  I am not refusing to cooperate

15   with you.

16                   MR. TURNER:  We'll make the

17   recommendation --

18                   MR. DUNGAN:  I simply can't pay.

19                   MR. TURNER:  -- (unintelligible) need be

20   necessary to get the balance in full.  Is everything

21   understood, Mr. Dungan?

22                   MR. DUNGAN:  Whatever.

23                   MR. TURNER:  All right.  Have a good day.

24                   MR. DUNGAN:  You, too.  Bye-bye.

25                   Call ended at 11:38 a.m.  Once again, it's
```

```
 1   Tuesday, September 23rd, 2008.  Call -- call ended at
 2   11:38 a.m.
 3                  SEPTEMBER 26, 2008 - 12:54 P.M.
 4                  RECORDING:  This is an important call for
 5   Boyd Dungan.  If this is Boyd Dungan, please press one
 6   now.  To place this call on hold to allow time for this
 7   person to come to the phone, please press two.
 8                  (One beep heard)
 9                  RECORDING:  This call is on hold.  Please
10   press any key on your telephone keypad to hear this
11   important message.
12                  MR. DUNGAN:  Friday, September 26 -- 26th,
13   2008, 12:54 p.m.
14                  RECORDING:  This call is on hold.  Please
15   press any key on --
16                  (One beep heard)
17                  RECORDING:  Hello.  This is an important
18   call for Boyd Dungan.  If this is Boyd Dungan, please
19   press one now.  To place this --
20                  (One beep heard)
21                  RECORDING:  Please hold while we connect
22   you to a representative.
23                  Hello.  This --
24                  MS. BARNETT:  Hi, I'm trying to get a hold
25   of Boyd Dungan.
```

1    MR. DUNGAN:  Hello.

2    MS. BARNETT:  Hello?

3    MR. DUNGAN:  Yeah.

4    MS. BARNETT:  Hi.  I was trying to get a

5  hold of Boyd.

6    MR. DUNGAN:  This is Boyd.

7    MS. BARNETT:  Hi, Boyd.  This is Crystal

8  with MRS Associates.

9    MR. DUNGAN:  Yes, ma'am.

10    MS. BARNETT:  It looks like you actually

11  spoke to an associate in my office on the 23rd

12  regarding your Washington Mutual Providian account?

13    MR. DUNGAN:  Okay.  What was your name

14  again?

15    MS. BARNETT:  My name is Crystal Barnett.

16    MR. DUNGAN:  Okay.  And --

17    MS. BARNETT:  They actually have marked the

18  account as a refusal and a recommendation to be made on

19  the account.  Before any decisions were

20  made -- I was going through the notes here.  I mean,

21  are you unable to even do any type of a small payment

22  plan?

23    MR. DUNGAN:  Okay.  Your name was

24  Ms. Barnett.  And what -- what company did you say you

25  work for?

```
 1              MS. BARNETT:  MRS Associates.
 2              MR. DUNGAN:  Okay.  And you're calling
 3    into -- in regard to what?
 4              MS. BARNETT:  Your Wash -- the Washington
 5    Mutual Providian account.
 6              MR. DUNGAN:  Okay.  And the account number
 7    is?
 8              MS. BARNETT:  Let me pull it up here for
 9    you.  Original account number ending 5402.
10              MR. DUNGAN:  Okay.  Now, I can't pay.
11              MS. BARNETT:  Okay.  You're not even able
12    to do something small?
13              MR. DUNGAN:  I can't pay.
14              MS. BARNETT:  The collection.  So, no, not
15    at all?  Not even a $25 payment?
16              MR. DUNGAN:  I can't pay.
17              MS. BARNETT:  Okay.  And I assume you're
18    not going to let me know why you're not able to pay so
19    we can let the client know to stop any further action
20    on the account?
21              MR. DUNGAN:  And what do you mean by
22    further action?
23              MS. BARNETT:  Well, right now the
24    account -- they want to know why it got -- they wanted
25    to know what your situation at this point was --
```

1          MR. DUNGAN:  Okay.

2          MS. BARNETT:  -- as to, you know, why

3  you're refusing to do any -- even any type of a

4  payment.  If we're not able to work anything out,

5  all -- basically, all we're going to do is just let

6  them know that we can't work anything out with you.

7          MR. DUNGAN:  Okay.

8          MS. BARNETT:  And that the recommendation

9  be they do -- they take whatever means they feel are

10 necessary to collect the 6200.

11         MR. DUNGAN:  Okay.  And what means would

12 those be?

13         MS. BARNETT:  That's up to my client, sir.

14 We're just the negotiators.

15         MR. DUNGAN:  Okay.  Well, you know, I've

16 answered this.  You-all have called me several times

17 and I've answered this question several times.

18         I'm just curious, what do you call it when

19 a company calls an individual day after day repeatedly

20 and asks the same question over and over again and --

21         MS. BARNETT:  It's called being in debt,

22 sir.

23         MR. DUNGAN:  And --

24         MS. BARNETT:  No, you haven't.

25         MR. DUNGAN:  -- even though -- even though

```
 1    that person has answered that question over and over
 2    and over again, that same company continues to call
 3    that individual day after day and asks the same
 4    question over and over and over again, and during the
 5    course of that conversation also tells that individual
 6    that they will continue to call them day after day and
 7    ask the same question over and over again, what do you
 8    call that?
 9                MS. BARNETT:  I call it signing an
10    agreement stating that you were okay with it when you
11    signed up for your card.
12                MR. DUNGAN:  Well, I call it harassment and
13    the threat of harassment.
14                MS. BARNETT:  I would call it collections,
15    sir.
16                MR. DUNGAN:  Okay.  Well, you can call it
17    what you like, but it is harassment and the threat of
18    continued harassment.
19                MS. BARNETT:  No, it's not.
20                MR. DUNGAN:  Sure it is.
21                MS. BARNETT:  (Unintelligible) ask your
22    (unintelligible), sir.
23                MR. DUNGAN:  Huh?
24                MS. BARNETT:  They can call you three times
25    a day.
```

```
1              MR. DUNGAN:  Okay.  Let me ask you this,
2    also.  How much did LVNV pay for this account?
3              MS. BARNETT:  No idea, sir.  I didn't ask.
4    Now, they're willing to give a settlement of what they
5    paid for it.
6              MR. DUNGAN:  Okay.
7              MS. BARNETT:  If you're prepared to pay a
8    settlement.
9              MR. DUNGAN:  I've already told you several
10   times --
11             MS. BARNETT:  So --
12             MR. DUNGAN:  -- I can't pay.
13             MS. BARNETT:  -- that question is
14   irrelevant.
15             MR. DUNGAN:  Huh?
16             MS. BARNETT:  That question is irrelevant.
17             MR. DUNGAN:  No, it's really not, but okay.
18             MS. BARNETT:  How do you figure?
19             MR. DUNGAN:  Huh?
20             MS. BARNETT:  How do you figure it's not?
21   You don't have the money to -- to pay what they paid
22   for it.
23             MR. DUNGAN:  Well, I have a sneaking
24   suspicion it's a whole lot less than what you're
25   telling me.
```

```
 1                    MS. BARNETT:  Oh, no, I have the balance in
 2    front of me.  I didn't say that's what the payoff was.
 3                    MR. DUNGAN:  Okay.  No, I asked the -- the
 4    question I asked was, how much did LVNV pay for the
 5    account?
 6                    MS. BARNETT:  And I --
 7                    MR. DUNGAN:  I didn't ask --
 8                    MS. BARNETT:  -- asked you what was the
 9    relevance for that --
10                    MR. DUNGAN:  I didn't ask --
11                    MS. BARNETT:  -- was considering you're
12    refusing to even do a $25 --
13                    MR. DUNGAN:  No.  No.  No.  No, I'm not
14    refusing.  I simply can't pay.  I'm not refusing to
15    cooperate with you.  And I'm not refusing to pay.  I
16    simply can't pay.  Okay?
17                    MS. BARNETT:  Per cardholder agreement, you
18    want -- you know that it is a refusal.  You agreed to
19    pay the balance when it was delinquent with Washington
20    Mutual Providian.
21                    So I will go ahead and we'll just let them
22    know that you're not able to do anything on the
23    account.  I mean, I don't know what else I'm supposed
24    to do at this point.  We're willing to work with you as
25    much as we possibly can --
```

```
 1              MR. DUNGAN:  Uh-huh.
 2              MS. BARNETT:  -- to stop the collections,
 3    and -- and you aren't even able to do a small payment.
 4              MR. DUNGAN:  Uh-huh.
 5              MS. BARNETT:  And I told you can even do
 6    $25 just to stop any collection activity.
 7              MR. DUNGAN:  And -- and, once again, I'll
 8    ask you what -- what is further collection activity?
 9    Continued harassment, calling me every day and
10    asking --
11              MS. BARNETT:  Up to my client, sir.  I have
12    to let you know the purpose of the call was an attempt
13    to collect a debt.  Any information obtained will be
14    used for that purpose.
15              MR. DUNGAN:  Okay.
16              MS. BARNETT:  I'll go ahead and note your
17    account accordingly.  Have a good day.
18              MR. DUNGAN:  You do the same.  Thank you.
19              Call ended at 12:59 p.m.  Once again, it is
20    Friday, September 26th, 2008.  The call ended at 12:59
21    p.m.
22              SEPTEMBER 27, 2008 - 8:44 A.M.
23              (Phone ringing)
24              MR. DUNGAN:  Hello.
25              RECORDING:  Hello.  This is an important
```

1    call for Boyd Dungan.  If this is Boyd Dungan, please

2    press one now.  To place this call on hold to allow

3    time for this person to come to the phone, please press

4    two.

5                    (One beep heard)

6                    RECORDING:  This call is on hold.  Please

7    press any key on your telephone keypad to hear this

8    important message.

9                    MR. DUNGAN:  Saturday, September 27th,

10   2008, 8:44 a.m.

11                   RECORDING:  This call is on hold.

12                   (One beep heard)

13                   RECORDING:  Hello.  This is an important

14   call for Boyd Dungan.  If this is Boyd Dungan, please

15   press one now.

16                   (One beep heard)

17                   RECORDING:  Please hold while we connect

18   you to a representative.

19                   Hello.  This is not a sale's solicitation.

20   Please stay on the line for the first available rep --

21                   MS. ADAMS:  Hi, is this Boyd Dungan?

22                   MR. DUNGAN:  Hi.

23                   MS. ADAMS:  Hi, sir.  How are you today?

24                   MR. DUNGAN:  I'm all right.

25                   MS. ADAMS:  Okay.  My name is Carla.  I'm

1    calling from MRS Associates.

2              MR. DUNGAN:  Okay.  And what -- your name

3    is Carla what?

4              MS. ADAMS:  My name is Carla.  I'm calling

5    from MRS Associates.

6              MR. DUNGAN:  And what's your last name?

7              MS. ADAMS:  My last name is Adams.  My

8    first name is Carla.

9              MR. DUNGAN:  Okay.  And you said you work

10   for what company?

11             MS. ADAMS:  MRS Associates.

12             MR. DUNGAN:  Okay.  And this is in regard

13   to what?

14             MS. ADAMS:  This is in regards to your

15   Washington Mutual Account.

16             MR. DUNGAN:  Okay.  And the account number

17   is?

18             MS. ADAMS:  12231330.

19             MR. DUNGAN:  Okay.  How may I help you

20   today?

21             MS. ADAMS:  Okay.  Mr. Dungan, we were

22   giving you a call in reference to this account.  By

23   law, I have to inform you that the calls are monitored

24   and recorded for quality assurance, as well as being an

25   attempt to collect a debt.  Any information obtained

1    will be used for that purpose.

2              There's a past due balance on this account

3    for $6,261.41.  And the purpose of this call today is

4    to set up arrangements on this account to get it

5    resolved.

6              MR. DUNGAN:  Okay.  Well, I can't pay.

7              MS. ADAMS:  Okay.  And why is that?

8              MR. DUNGAN:  I can't pay.

9              MS. ADAMS:  And why is that?

10             MR. DUNGAN:  Ma'am, I'm not obligated to

11   discuss my personal business with you.

12             MS. ADAMS:  It's my client's business.  You

13   owe them $6,000.

14             MR. DUNGAN:  Well, I've already answered

15   your question.  I can't pay.

16             MS. ADAMS:  And why can't you pay,

17   Mr. Dungan?

18             MR. DUNGAN:  Ma'am, I've already answered

19   that question.  I have a question.  How much did LVNV

20   pay for this account?

21             MS. ADAMS:  Sir, I'm not aware of that.

22             MR. DUNGAN:  Oh, okay.

23             MS. ADAMS:  Okay.  So the question again

24   is, why can't you pay for it?  Why can't you make any

25   payments towards your account?

```
 1                    MR. DUNGAN:  Ma'am, let me ask you another
 2   question.  What do you call it when a company calls an
 3   individual every day and asks them the same question
 4   over and over again?
 5                    MS. ADAMS:  It's called --
 6                    MR. DUNGAN:  And des -- and despite the
 7   fact that that individual has answered that question
 8   over and over again, the company still continues to
 9   call that individual every day and continues to ask the
10   same question over and over and over again?
11                    MS. ADAMS:  Okay.  But, sir, this bill is
12   due over and over until it's paid.
13                    MR. DUNGAN:  Okay.  Well, you know, and --
14   and then, also, during the course of these
15   conversations the company notifies the individual that
16   they will continue to call every day and answer the
17   question -- same question -- or ask the same question
18   over and over again.  You know, I call that harassment
19   and the threat of continued harassment.
20                    MS. ADAMS:  Okay.  Well --
21                    MR. DUNGAN:  Because I've answered this
22   question several times.  How many times do I have to
23   answer the question?  I can't pay.
24                    MS. ADAMS:  Okay.  But the question was,
25   why can't you pay?  You never -- you have never
```

```
 1   answered that question --

 2              MR. DUNGAN:  Ma'am, once again, I will tell

 3   you that I'm not obligated to discuss my personal

 4   business with you.

 5              MS. ADAMS:  Mr. Dungan, you are obligated.

 6   You owe --

 7              MR. DUNGAN:  No, ma'am, I'm not.

 8              MS. ADAMS:  -- my client $6,000.

 9              MR. DUNGAN:  Okay.  Well, you know, I've

10   told you I can't pay.  So --

11              MS. ADAMS:  Okay.  So I'll say to you that

12   the collection efforts will continue.

13              MR. DUNGAN:  Okay.  What do you mean by

14   that?  What further collection efforts?

15              MS. ADAMS:  The collection efforts will

16   continue until the debt is resolved.

17              MR. DUNGAN:  Okay.  What collection

18   efforts?

19              MS. ADAMS:  Okay.  Meaning to collect on

20   this account we will continue to get resolution on it.

21   Or I can forward it back with the recommendation that

22   they do whatever they feel necessary to get the balance

23   from you.

24              MR. DUNGAN:  And what do you think that

25   would be?
```

```
 1              MS. ADAMS:  I'm not sure what the
 2   client -- the path that the client would take.  That
 3   would be my recommendation --
 4              MR. DUNGAN:  Okay.  So --
 5              MS. ADAMS:  -- for not cooperating.
 6              MR. DUNGAN:  So you're telling me that --
 7   that further collection activities are going to
 8   continue, which means you're going to continue to
 9   attempt to harass me by calling me every day and asking
10   me the same question over and over again?
11              MS. ADAMS:  Nobody's harassing you.  You
12   owe a debt, okay.  That's not harassment.
13              MR. DUNGAN:  It's not?
14              MS. ADAMS:  It's not.
15              MR. DUNGAN:  All right.  Then let me ask
16   you this question.  If I was to call you at home every
17   day and ask you the same question over and over again,
18   what would your -- what would your course of action be?
19   You would probably sue me for harassment, wouldn't you?
20              MS. ADAMS:  Sir, this is not about me.  I
21   don't owe this money; you do.
22              MR. DUNGAN:  Okay.  Well, I can't pay,
23   so --
24              MS. ADAMS:  Well, my -- my personal feeling
25   about --
```

```
 1                  MR. DUNGAN:  -- where are we at?

 2                  MS. ADAMS:  -- this account is irrelevant.

 3    We're talking about how you're going to take care of

 4    this.  You say you can't pay.

 5                  MR. DUNGAN:  That's right.  So what are we

 6    going to do now?

 7                  MS. ADAMS:  Okay.  We're going to discuss

 8    options on how you can pay.

 9                  MR. DUNGAN:  Well, I can't pay, so,

10    obviously, there are no options.

11                  MS. ADAMS:  Okay.  And you never once

12    disclosed why you cannot pay the bill.

13                  MR. DUNGAN:  I can't -- I keep having to

14    answer the same question over and over again, don't I?

15                  MS. ADAMS:  Okay.  If you would have

16    answered it the first time, I wouldn't ask it again.

17                  MR. DUNGAN:  Well --

18                  MS. ADAMS:  However, I can't --

19                  MR. DUNGAN:  Well, if I -- if I -- if I

20    didn't answer it the first time, do you think that

21    continual -- continually asking the same question is

22    going to garner an answer?  Is that really going to be

23    effective for you?  How's that working out?

24                  MS. ADAMS:  Okay.  Mr. Dungan, if you're

25    not going to be cooperative, why -- why are we
```

1    continuing this conversation?

2              MR. DUNGAN:  I don't know.  If you'd like

3    to terminate the call, please feel free to do so.

4              MS. ADAMS:  I'm not going to terminate the

5    call.  I'm doing my job.  You can terminate the call,

6    and I'll mark it as a refusal and forward it back.

7    That --

8              MR. DUNGAN:  No, ma'am.

9              MS. ADAMS:  -- is completely fine with me.

10             MR. DUNGAN:  No, ma'am, I'm not -- I'm not

11   refusing anything.  I'm not refusing to cooperate with

12   you.

13             MS. ADAMS:  Per -- per the terms --

14             MR. DUNGAN:  I'm not refusing to --

15             MS. ADAMS:  -- of your legal binding

16   contract you're --

17             MR. DUNGAN:  -- answer any questions.  I

18   simply can't pay.

19             MS. ADAMS:  -- (unintelligible).

20             MR. DUNGAN:  Huh?

21             MS. ADAMS:  I said per the terms of your

22   legal binding contract, you are refusing to cooperate.

23   At any point in time when your account went into

24   default, you agreed to pay the balance in full

25   immediately.  I mean, if you wanted to make small

1    payments, (unintelligible) done that when the account

2    was current.

3              (Long pause)

4              MS. ADAMS:  Okay.  Mr. Dungan, so I'll go

5    ahead and mark this as a refusal to cooperate,

6    rejecting any payment arrangements, and a refuse to

7    uphold your card by their agreement.  And I'll just

8    forward it back to the client, and they'll do whatever

9    they deem necessary to get the balance in full from

10   you.  Okay?

11             MR. DUNGAN:  Okay.  And -- and what would

12   that be?  I'll ask it again since we seem to be asking

13   the same questions over and over again.

14             MS. ADAMS:  That was not a question.  That

15   was a statement.  I'm going to make a recommendation --

16             MR. DUNGAN:  Well, I ask -- I ask -- I ask

17   you a question, what would be their recourse, what are

18   they going to do?

19             MS. ADAMS:  I've told you that's up to

20   them.

21             MR. DUNGAN:  Oh.

22             MS. ADAMS:  I don't what they would feel,

23   but, I mean --

24             MR. DUNGAN:  Okay.

25             MS. ADAMS:  Sir, I'm just going to go ahead

```
 1    and terminate the call.  We're getting nowhere.

 2                MR. DUNGAN:  Uh, obviously.

 3                MS. ADAMS:  Obviously, okay.  Calls will

 4    continue, okay?

 5                MR. DUNGAN:  Oh, so what -- what does that

 6    mean, calls will continue?

 7                MS. ADAMS:  Sir, that's self-explanatory.

 8    Calls will continue.

 9                MR. DUNGAN:  So that means you're going to

10    continue to attempt to harass me by calling me every

11    day and asking me the same question over --

12                MS. ADAMS:  You owe a debt.

13                MR. DUNGAN:  Huh?

14                MS. ADAMS:  You owe a debt.  It's not

15    harassment.

16                MR. DUNGAN:  Oh, really?

17                MS. ADAMS:  I mean, if this bill was paid,

18    you wouldn't get the calls.  I mean, it's just that

19    simple.

20                MR. DUNGAN:  Uh-huh.

21                MS. ADAMS:  Do you have any questions?

22                MR. DUNGAN:  Well, it really wouldn't

23    matter if I did because you're not going to answer them

24    anyways, huh?

25                MS. ADAMS:  No, I'll answer any questions
```

1  you want.  Come on.

2          MR. DUNGAN:  Really?

3          MS. ADAMS:  Yeah, go ahead.

4          MR. DUNGAN:  Okay.  No, I (unintelligible).

5          MS. ADAMS:  Okay.  That's fine.  You have a

6  great weekend.

7          MR. DUNGAN:  You do the same thing.  Thank

8  you.

9          MS. ADAMS:  Thank you.  Have a good day.

10          MR. DUNGAN:  Bye-bye.

11          MS. ADAMS:  Bye.

12          MR. DUNGAN:  Call ended at 8:52 a.m.  Once

13  again, it's Saturday, September 27th, 2008, 8:52 a.m.

14          **SEPTEMBER 30, 2008 - 10:21 A.M.**

15          RECORDING:  Hello.  This is an important

16  call for Boyd Dungan.  If this is Boyd Dungan, please

17  press one now.  To place this call on hold to allow

18  time for this person to come to the phone, please press

19  two.

20          (One beep heard)

21          RECORDING:  This call is on hold.  Please

22  press any key on your telephone keypad to hear this

23  important message.

24          MR. DUNGAN:  Tuesday, September 30th, 2008,

25  10:21 a.m.

```
 1                    RECORDING:  This call is on hold.  Please
 2    press any key --
 3                    (One beep heard)
 4                    RECORDING:  Hello.  This is an important
 5    call for Boyd Dungan.  If this is Boyd Dungan, please
 6    press one now.  To place this --
 7                    (One beep heard)
 8                    RECORDING:  Please hold while we connect
 9    you to a representative.
10                    Hello.
11                    MR. FIELDS:  MRS, may I help you?
12                    MR. DUNGAN:  Hello.
13                    MR. FIELDS:  Yes, Don Fields.  May I help
14    you?
15                    MR. DUNGAN:  Yeah, somebody called me.
16                    MR. FIELDS:  We're trying to reach a Boyd
17    Dungan.
18                    MR. DUNGAN:  Yeah, this is Boyd.
19                    MR. FIELDS:  Boyd, let me advise you this
20    is an attempt to collect a debt.  Any information
21    obtained used for that purpose.  Our call monitored.
22    It is recorded for quality assurance.
23                    Say someone just talked to you a couple of
24    days ago in regards to a Washington Mutual account.
25                    MR. DUNGAN:  What did you say your name was
```

```
 1   again, please?
 2               MR. FIELDS:  Don Fields.
 3               MR. DUNGAN:  And you're with who?
 4               MR. FIELDS:  MRS Associates.
 5               MR. DUNGAN:  And you're calling in -- in
 6   regard to what?
 7               MR. FIELDS:  Washington Mutual Providian.
 8               MR. DUNGAN:  And the account number is?
 9               MR. FIELDS:  I'm trying to get the
10   information, sir.
11               MR. DUNGAN:  Okay.
12               MR. FIELDS:  Okay.  Are you still residing
13   at 2920 --
14               MR. DUNGAN:  I decline to answer --
15               MR. FIELDS:  -- Shalako Drive?
16               MR. DUNGAN:  I decline to answer that
17   question.
18               MR. FIELDS:  Okay.  Then I'm not sure who
19   I'm talking to.  Even though you're on a recorded line,
20   you said you were Boyd Dungan?
21               MR. DUNGAN:  That's correct.  Well, you're
22   asking me to verify sensitive personal information over
23   the telephone, and I have no way of verifying that you
24   are who you say you are.
25               MR. FIELDS:  Okay.  I wouldn't --
```

```
 1              MR. DUNGAN:  In this day and --
 2              MR. FIELDS:  I'm on a recorded line, sir, I
 3  wouldn't make it up.
 4              MR. DUNGAN:  In this day and age of
 5  identity theft, it would be extremely foolish for me to
 6  verify such information over the phone.
 7              MR. FIELDS:  Your address?
 8              MR. DUNGAN:  That's sensitive personal
 9  information that I'm not going to verify over a
10  telephone line.
11              MR. FIELDS:  Okay.  You asked me who
12  I -- who I was with.  Let me answer that question and
13  be real quick with this conversation.
14              MR. DUNGAN:  Okay.
15              MR. FIELDS:  (Unintelligible) Associates,
16  sir.
17              MR. DUNGAN:  Okay.
18              MR. FIELDS:  That's who I'm with.
19              MR. DUNGAN:  All right.  Well --
20              MR. FIELDS:  And you don't recognize the
21  Washington Mutual Providian account although you've
22  talked to three people on different occasions?
23              MR. DUNGAN:  Actually, I've talked to a lot
24  more people than that.  And that's --
25              MR. FIELDS:  I'm being facetious, of
```

1    course.  Go ahead.

2              MR. DUNGAN:  Okay.  Well, you know,

3    my -- my question is, you know, I've already

4    answered -- you-all have called me numerous times, I've

5    answered your questions.  What do you call it when a

6    company calls an individual repeatedly and asks the

7    same question over and over again, and despite the fact

8    that that individual has answered that question over

9    and over again, the company continues to call that

10   person and ask the same question over and over again,

11   and during the course of those conversations that

12   company advises that individual that they will continue

13   to call that individual over and over again and ask the

14   same question over and over again?

15             MR. FIELDS:  What do I call that --

16             MR. DUNGAN:  I don't know what --

17             MR. FIELDS:  Are you asking me a

18   question?

19             MR. DUNGAN:  I don't know what you call

20   that, but I call that harassment and the threat of

21   continued threat of harassment.  Is that what's going

22   on today?  Are you trying to harass me?

23             MR. FIELDS:  No, not at all, Boyd.  I call

24   that persistence.  That's all.

25             MR. DUNGAN:  Okay.

```
 1                    MR. FIELDS:  All this -- all the matter
 2   is --
 3                    MR. DUNGAN:  Okay.
 4                    MR. FIELDS:  (Unintelligible) --
 5                    MR. DUNGAN:  Well, you know, a -- a rose by
 6   any other name --
 7                    MR. FIELDS:  Sir -- Mr. Dungan, I'm not
 8   going to be combative today, and I don't want to banter
 9   with you.
10                    MR. DUNGAN:  Okay.
11                    MR. FIELDS:  Obviously -- obviously, you
12   don't want to talk about the matter at hand and you
13   want to go and rant and rave about what our company
14   does.  I don't have time for that, sir.
15                    MR. DUNGAN:  Okay.
16                    MR. FIELDS:  In fact, if we can't come to a
17   resolution in five seconds -- I'm that kind of guy and
18   a gentleman -- I'll terminate the call.
19                    MR. DUNGAN:  Well, go ahead and
20   term --
21                    MR. FIELDS:  Okay.  If that's going to be
22   the case, I don't want to argue, I don't want to
23   banter, and I don't want to be combative.
24                    MR. DUNGAN:  Okay.
25                    MR. FIELDS:  That's my stance.  My
```

1    disposition is to try to help.  If you don't want to be

2    helped, you don't want to talk about it, here's what we

3    do.  We got five seconds.  Either you can terminate the

4    call or I will.

5              MR. DUNGAN:  Well, if you'd like to

6    terminate the call, please feel free to do so.

7              MR. FIELDS:  You got five seconds, sir.

8              MR. DUNGAN:  Why are you counting?  I don't

9    understand this.

10             MR. FIELDS:  I'm not counting?

11             MR. DUNGAN:  What's this five second --

12             MR. FIELDS:  Maybe we're getting ready to

13   terminate the call.  There's no count involved.

14             MR. DUNGAN:  If you want to terminate the

15   call, there's no need to count.  And all you have to do

16   is hang up.

17             MR. FIELDS:  Okay, sir.  Take care.

18             MR. DUNGAN:  You have a good day.

19             Call ended at 10:25 a.m.  Once again, it's

20   Tuesday, September 30th, 2008.  Call ended at 10:25

21   a.m.

22             **OCTOBER 6, 2008 - 8:56 A.M.**

23             MR. DUNGAN:  This message was left on my

24   voice mail on Monday, October 6th, 2008, 8:56 a.m.

25             VOICE MAIL RECORDING:  First saved message,

1    yesterday, 8:56 a.m.

2              MS. WRIGLEY:  Good morning.  This message

3    is for Mr. Boyd Dungan.  Please contact Mrs. Wrigley at

4    1-888-274-9847.  When you contact my office,

5    Mr. Dungan, please reference number 12231330YD.  Again,

6    that toll-free number is 1-888-274-9847.  When you

7    contact my office, please reference number 12231330YD.

8              Mr. Dungan, I'm calling in regards to a

9    special offer that has been extended to you at this

10   time in my office, and I wanted to give you the details

11   as soon as possible.  Perhaps, it's something you can

12   take advantage of at this time.  My toll-free number,

13   again, sir, is 1-888-274-9847.  For your convenience,

14   my office will be open today, Monday, October 6th,

15   until 8:00 p.m. central standard time.  Thank you.

16             MR. DUNGAN:  Once again, that message was

17   left on my voice mail on Monday, October 6th, 2008, at

18   8:56 a.m.

19             **OCTOBER 7, 2008 - 9:06 A.M.**

20             RECORDING:  Hello.  This is an important

21   call for Boyd Dungan.  If this is Boyd Dungan, please

22   press one now.  To place this call on hold to allow

23   time for this person to come to the phone, please press

24   two.

25             (One beep heard)

```
 1                    RECORDING:  This call is on hold.  Please
 2    press any key on your telephone keypad to hear this
 3    important message.
 4                    MR. DUNGAN:  Tuesday, October 7th, 9:06
 5    a.m.
 6                    RECORDING:  This call --
 7                    (One beep heard)
 8                    RECORDING:  Hello.  This is an important
 9    call for Boyd Dungan.  If this is Boyd Dungan, please
10    press one now.
11                    (One beep heard)
12                    RECORDING:  Please hold while we connect
13    you to a representative.
14                    Hello.  This is not a sale's solicitation.
15                    JANEECE:  Hello, I'm looking for a Boyd
16    Dungan.
17                    MR. DUNGAN:  This is Boyd.
18                    JANEECE:  Okay.  This is Janeece.  How are
19    you doing today, sir?
20                    MR. DUNGAN:  I'm all right.  What was your
21    name again?
22                    JANEECE:  May name is Janeece.
23                    MR. DUNGAN:  And your last name, please?
24                    JANEECE:  I'm not giving you my last name.
25                    MR. DUNGAN:  Oh, really?  Why is that?
```

1    JANEECE:  For security purposes.

2    MR. DUNGAN:  Oh, okay.

3    JANEECE:  Okay.  My name is Janeece.  And I

4    do need to let you know the call may be recorded for

5    quality assurance purposes.  The purpose of this call

6    is an attempt to collect a debt.  Any information

7    obtained will be used for that purpose.

8    MR. DUNGAN:  Okay.

9    JANEECE:  I'm calling from MRS Associates

10   regarding your Washington Mutual Account.  Are you

11   familiar with that?

12   MR. DUNGAN:  And what's the account number?

13   JANEECE:  Your Washington Mutual -- our

14   reference number in my office is 12231330.

15   MR. DUNGAN:  Okay.  How may I help you

16   today?

17   JANEECE:  Okay.  I'm showing that there's a

18   past-due balance in my office of $6,261,41.

19   MR. DUNGAN:  Okay.  Well, I can't pay.

20   JANEECE:  Okay.  Well, we're not asking for

21   the balance due in full today.

22   MR. DUNGAN:  Okay.  Well -- and, also, you

23   know, you-all have called me several times.  In fact,

24   numerous times.  Well over 20.  And I'm going to have

25   to ask that you-all not call me anymore because this is

1    harassment.  I've ans -- I've answered --

2                    JANEECE:  (Unintelligible) called

3    you --

4                    MR. DUNGAN:  I've answered this question

5    several times.

6                    JANEECE:  Until you get payment set up in

7    our office to start taking care of the debt, I can't do

8    anything about the calls.

9                    MR. DUNGAN:  Oh, really?

10                   JANEECE:  For calls to stop, you

11   need -- we need to set up some type of arrangements in

12   my office.

13                   MR. DUNGAN:  Okay.  Well, I've told you I

14   can't pay.  And you keep asking me that -- anybody who

15   calls me keeps asking me that same question.  I've

16   already answered that question on numerous occasions.

17   This is becoming harassment.  I'm going to ask that

18   you-all stop calling me.

19                   JANEECE:  It's not.  You owe my client a

20   debt.  So the calls will continue until you get some

21   type of arrangement set up in the office.

22                   MR. DUNGAN:  Okay.  So when you say calls

23   will continue, that means that you're going to continue

24   to attempt to harass me; is that correct?

25                   JANEECE:  That means that the collection

1  activities will continue until you set up some type of

2  arrangements in my office.

3                    MR. DUNGAN:  Okay.  And when you say

4  collection activities will continue, what does that

5  mean?

6                    JANEECE:  Collection activity will

7  continue.  That's what it means.

8                    MR. DUNGAN:  Well, can you explain that any

9  farther, please?

10                   JANEECE:  It's self-explanatory, sir.  Are

11 you going to start taking care of your account.  Are

12 you --

13                   MR. DUNGAN:  Well, what -- what -- no, it's

14 really not.  What -- what do collection activities

15 consist of?  Does that mean calling me every day and

16 continuing to attempt to harass me even though I've

17 answered your question on numerous occasion?  Is that

18 what that means?

19                   JANEECE:  It's saying that -- that you have

20 not -- this amount has now been charged off your credit

21 report.  It's showing as a delinquent status, which is

22 the worst possible status to have showing on your

23 credit.

24                   MR. DUNGAN:  You're telling me this has not

25 been charged off my credit?

1          JANEECE:  It has.  Washington Mutual
2    sold --
3          MR. DUNGAN:  Oh.
4          JANEECE:  -- your debt to a debt buyer,
5    which is LVNV Funding.
6          MR. DUNGAN:  Okay.  And how much did LVNV
7    pay for this account?
8          JANEECE:  I mean, is that -- I mean, what
9    does that matter, sir?  How much are you going to pay
10   on this account?
11         MR. DUNGAN:  No, I would like -- I just
12   asked a question.  I would like to know how much LVNV
13   paid for the account.
14         JANEECE:  Sir, are you going to start
15   taking care of the debt or not?  That doesn't matter.
16         MR. DUNGAN:  Certainly it does.  Sure it
17   does.  It's very relevant because I have a feeling that
18   the amount -- the amount they paid for it is a lot less
19   than what they're asking for.  So it is relevant.  Yes,
20   it is.
21         JANEECE:  Are you just stalling, sir,
22   because you're -- you're not going to pay?
23         MR. DUNGAN:  No, ma'am.  I -- I've already
24   answered the question.  I can't pay.
25         JANEECE:  Okay.  Are you -- who's helping

```
 1   you pay the phone bill?
 2              MR. DUNGAN:  Ma'am, I don't -- I'm not
 3   obligated to discuss my personal situation or my
 4   personal business with you.
 5              JANEECE:  Well, you owe my client a debt in
 6   the office.  And the question is, why aren't you able
 7   to pay my client, but you're able to pay your phone
 8   bill, possibly your rent, your electric bill, buy
 9   groceries, but you can't start paying back my client?
10              MR. DUNGAN:  I've answered that question.
11   I can't pay.  Now, if -- if there's nothing else --
12              JANEECE:  So what I'll do is I'll mark the
13   account as a refusal to cooperate, a rejection --
14              MR. DUNGAN:  No.  Ma'am, that's corr --
15   that's incorrect, also.  I'm not refusing to cooperate,
16   I'm not refusing to pay.  I simply can't pay.
17              JANEECE:  It's a refusal, sir.
18              MR. DUNGAN:  Well, whatever.  I mean,
19   you -- you --
20              JANEECE:  Do you have any questions?
21              MR. DUNGAN:  You can --
22              JANEECE:  So I'll mark the account as a
23   refusal to cooperate, a rejection of settlement, and a
24   refusal to honor the cardholder agreement.  Make my
25   recommendation to the client that they do whatever they
```

1    deem necessary to get the balance in full and any

2    additional fees.

3              MR. DUNGAN:  Okay.  And what would that be?

4              JANEECE:  Whatever they choose to do.

5              MR. DUNGAN:  Okay.

6              JANEECE:  Do you have anymore questions?

7              MR. DUNGAN:  No.  But I would like to make

8    the statement -- once again, I'm going to ask that

9    you-all not call me anymore.

10              JANEECE:  Calls will continue until you

11   make some type of arrangements on the account.

12              MR. DUNGAN:  Okay.  Thank you.

13              JANEECE:  Have a good day.

14              MR. DUNGAN:  You do the same.

15              Call ended at 9:11 a.m.  Once again, it is

16   Tuesday, October 7th, 2008.  Call ended at 9:11 a.m.

17              **OCTOBER 12, 2008 - 6:32 P.M.**

18              MR. DUNGAN:  Hello.

19              RECORDING:  Hello.  This is an important

20   call for Boyd Dungan.  If this is Boyd Dungan, please

21   press one now.  To place this call on hold to allow

22   time for this person to come to the phone, please press

23   two.

24              (One beep heard)

25              RECORDING:  This call is on hold.  Please

```
 1   press any key on your telephone keypad to hear this
 2   important message.
 3                   MR. DUNGAN:  Sunday, October 12th, 2008,
 4   6:32 p.m.
 5                   RECORDING:  This call is on hold, please
 6   press any key on your --
 7                   (One beep heard)
 8                   RECORDING:  Hello.  This is an important
 9   call for Boyd Dungan.  If this is Boyd Dungan, please
10   press one now.
11                   (One beep heard)
12                   RECORDING:  Please hold while we connect
13   you to a representative.
14                   Hello.
15                   MR. TURNER:  Hi, Boyd.
16                   MR. DUNGAN:  Yeah, hello.
17                   MR. TURNER:  Boyd Dungan, hi.  My name is
18   Mr. Turner.  I'm contacting you from MRS Associates in
19   regards to your documents here in my office.
20                   MR. DUNGAN:  Yes, sir.
21                   MR. TURNER:  Really quick, let me let you
22   know our calls could be monitored and recorded for
23   quality assurance.  And the purpose of my calls are an
24   attempt to collect on a debt.  Any information obtained
25   is used for that purpose.
```

1       MR. DUNGAN:  Okay.

2       MR. TURNER:  Okay.  In regards to your LVNV

3  Funding account, better known as your Washington Mutual

4  account.

5       MR. DUNGAN:  Okay.  You said your name was

6  what?

7       MR. TURNER:  Mr. Turner.

8       MR. DUNGAN:  And you're with what company?

9       MR. TURNER:  MRS Associates.

10       MR. DUNGAN:  And this is in regard to what?

11       MR. TURNER:  Your Washington Mutual

12  Account.

13       MR. DUNGAN:  And the account number is?

14       MR. TURNER:  The original card number is

15  4185860419125402.  The past due amount is $6,261.41.

16  Contacting you to find out what your intentions are in

17  getting this resolved prior to making any harsh

18  decisions against you at this time.

19       MR. DUNGAN:  Okay.  Well, I can't pay.  And

20  you-all have called me -- this makes about well over 30

21  times you-all have called.  And I've answered this

22  question several times.  I'm going to have to ask that

23  you-all stop calling me because this is nothing more

24  than harassment.

25       MR. TURNER:  Okay.  That's not how it

1   works, sir.  You do have to indicate that in writing.

2   Basically, we have not received that, so you do owe the

3   debt.  Which is still not going to resolve anything.

4   But, I mean, if you choose not to get it resolved, I'll

5   go ahead and make the recommendation for my client to

6   go ahead and proceed in any way they deem necessary to

7   get the balance in full.  And you are refusing to

8   cooperate and refusing on your cardholder agreement.

9            MR. DUNGAN:  No.  No, I'm not refusing to

10  cooperate, I'm not refusing to pay.  I simply can't

11  pay.  I've answered that question several times.

12           What do you mean by further collection

13  activities?

14           MR. TURNER:  Whatever they deem necessary

15  to get the balance in full.

16           MR. DUNGAN:  And what would that be?

17           MR. TURNER:  It -- it -- I -- we don't care

18  to speculate at this time.

19           MR. DUNGAN:  Okay.

20           MR. TURNER:  That is up to my client's

21  discretion.  So, I mean, if that's what you want me to

22  go ahead and do, I will go ahead and make that

23  recommendation.  But the further collection activity

24  will continue as well as the calls will continue.

25           MR. DUNGAN:  Okay.  So I've asked you not

```
 1   to call, but now you're telling me that the calls will

 2   continue.  So what does that mean?

 3                  MR. TURNER:  I've already answered that

 4   question.

 5                  MR. DUNGAN:  So that means you're going to

 6   continue to attempt to harass me by calling my every

 7   day even though I've asked you not to?

 8                  MR. TURNER:  It's not harassment, Boyd.

 9                  MR. DUNGAN:  Yes.

10                  MR. TURNER:  You owe a debt in my office.

11   We're to call you --

12                  MR. DUNGAN:  But -- now, wait a minute.

13                  MR. TURNER:  -- until we get it resolved.

14                  MS. DUNGAN:  Now, hang on a second.  It is

15   harassment because you're calling me every day after

16   I've told you I can't pay.  If I were -- if I were to

17   call you every day at your house and ask you the same

18   question repeatedly, what would you do?  You would

19   probably --

20                  MR. TURNER:  I would make some -- an

21   attempt --

22                  MR. DUNGAN:  You would probably --

23                  MR. TURNER:  -- to make it right to get the

24   phone calls to stop.

25                  MR. DUNGAN:  You would probably try to sue
```

```
 1   me for harassment.
 2              MR. TURNER:  No.
 3              MR. DUNGAN:  Oh, really?  Why don't you
 4   give me your home phone number?
 5              MR. TURNER:  (Unintelligible) to get the
 6   calls to stop --
 7              MR. DUNGAN:  All right.  Let's --
 8              MR. TURNER:  -- (unintelligible) start
 9   making some payments.
10              MR. DUNGAN:  Mr. Turner, let me have your
11   home phone number; I'll start calling you every day.
12              MR. TURNER:  That's not valid or void at
13   this point in time.
14              MR. DUNGAN:  Really?
15              DANIELLE:  (Unintelligible).  This is
16   Danielle.  This is the Operation's Manager.  Is there
17   anything you have to go ahead and contribute to
18   resolving this debt today?
19              MR. DUNGAN:  I've already answered that
20   question.  I can't pay.
21              DANIELLE:  Okay.  Well, then the calls will
22   continue, sir.  We've given you options on how to get
23   the calls to cease, and you are refusing to do either
24   one of those, so the calls will continue.
25              MR. DUNGAN:  Oh, I haven't refused
```

```
 1   anything.  I simply can't pay.  And you -- what you're
 2   telling me is, basically -- you know, it's -- it's
 3   harassment and a threat of continued harassment is,
 4   basically, what you-all are doing here.
 5                DANIELLE:  No, sir.  We're not threatening
 6   to continue to --
 7                MR. DUNGAN:  Yes, because you keep telling
 8   me --
 9                DANIELLE:  It's not harassment.
10                MR. DUNGAN:  You call -- you keep telling
11   me --
12                DANIELLE:  This has happened because you're
13   not going to do anything to resolve the -- the issue.
14                MR. DUNGAN:  Well --
15                DANIELLE:  There's a difference.
16                MR. DUNGAN:  No.  Well, a rose by any other
17   name.  You know, it is harassment and it's the threat
18   of continued harassment because you-all are telling me
19   calls will continue.  That's a threat.
20                DANIELLE:  No, it's not, sir.
21                MR. DUNGAN:  Sure it is.
22                DANIELLE:  It's not a threat.
23                MR. DUNGAN:  I've -- I've asked you-all not
24   to call.  I'm going to make that statement again.  I'm
25   going to ask you-all not to call anymore.
```

```
 1              DANIELLE:  I'm going to inform you that the
 2    collection activity will continue.
 3              MR. DUNGAN:  Oh, what does that mean?
 4              DANIELLE:  The -- that collection activity
 5    will continue?
 6              MR. DUNGAN:  Yes, ma'am.  What does that
 7    mean?
 8              DANIELLE:  We will continue to contact you
 9    via mail and via phone -- via phone.
10              MR. DUNGAN:  Okay.  So harassment
11    activities will continue?
12              DANIELLE:  If you -- if you like to say
13    harassment, sir, that's fine.  Feel free.
14              MR. DUNGAN:  Okay.
15              DANIELLE:  It's not harassment.
16              MR. DUNGAN:  Okay.
17              DANIELLE:  We've given you both options as
18    to stop the calls.  If you'd like to take advantage of
19    either of those, you've been informed on how.
20              MR. DUNGAN:  Okay.
21              DANIELLE:  So I'm going to go ahead and
22    terminate the call, sir.  We'll talk to you later.
23    Have a nice day.
24              MR. DUNGAN:  You do the same.  Thank you.
25              Call ended 6:37 p.m.  Once again, it is
```

1    Sunday, October 12th, 2008.  Call ended at 6:37 p.m.

2              **OCTOBER 13, 2008 - 12:57 P.M.**

3              RECORDING:  ...Dungan.  If this is Boyd

4    Dungan, please press one now.  To place this call on

5    hold to allow time for this person to come to the

6    phone, please press two.

7              (One beep heard)

8              RECORDING:  This call is on hold.  Please

9    press any key on your telephone keypad to hear this

10   important message.

11             MR. DUNGAN:  Monday, October 13th, 2008,

12   12:57 p.m.

13             RECORDING:  This call is on hold, please

14   press --

15             (One beep heard)

16             RECORDING:  Hello.  This is an important

17   call for Boyd Dungan.

18             (One beep heard)

19             RECORDING:  If this is Boyd Dungan, please

20   press one now.

21             (One beep heard)

22             RECORDING:  Please hold while we connect

23   you to a representative.

24             Hello.

25             MR. TURNER:  Hello.  Is Boyd in, please.

```
 1                    MR. DUNGAN:  This is Boyd.

 2                    MR. TURNER:  Hi, how are you doing, Mr. --

 3   is it Dung -- is it Dunnagan or Duncan?

 4                    MR. DUNGAN:  Dungan with a G.

 5                    MR. TURNER:  Okay. (Unintelligible).

 6                    RECORDING:  Just a moment.  We'll be right

 7   with you.

 8                    (Long pause)

 9                    MR. TURNER:  MRS Associates.  Mr. Turner

10   speaking.  How can I help you?

11                    MR. DUNGAN:  Oh, Mr. Turner, somebody

12   called me.

13                    MR. TURNER:  Okay.  Is this Boyd?

14                    MR. DUNGAN:  Yes.

15                    MR. TURNER:  Boyd Dungan?

16                    MR. DUNGAN:  Yes.

17                    MR. TURNER:  Okay.  We're contacting you in

18   regards to the documents here in the office.

19                    MR. DUNGAN:  Okay.  Didn't we speak

20   yesterday?

21                    MR. TURNER:  Uh-huh.

22                    MR. DUNGAN:  Okay.

23                    MR. TURNER:  Yep.  And really quick, I got

24   to let you know again that our calls are monitored and

25   recorded for quality assurance.  The purpose of the
```

```
 1   calls are an attempt to collect on a debt.  Any

 2   information obtained is used for that purpose.

 3              In regards to the Washington Mutual

 4   account --

 5              MR. DUNGAN:  Okay.

 6              MR. TURNER:  -- as to the amount of

 7   $6,261.41.

 8              MR. DUNGAN:  Your name was again?

 9              MR. TURNER:  Mr. Turner.

10              MR. DUNGAN:  And you represent what

11   company?

12              MR. TURNER:  MRS Associates.

13              MR. DUNGAN:  And this is in regard to what?

14              MR. TURNER:  Washington Mutual.

15              MR. DUNGAN:  And the account number?

16              MR. TURNER:  The account number here in my

17   office is 12231330.

18              MR. DUNGAN:  Okay.  How may I help you

19   today?

20              MR. TURNER:  Okay.  We can talk about on

21   how we're going to get this matter resolved.

22              MR. DUNGAN:  Okay.  Well, I thought we

23   spoke about this yesterday.

24              MR. TURNER:  Uh-huh.  And we advised you

25   that calls will continue as well as the collection
```

```
 1    activity will continue.
 2              MR. DUNGAN:  All right.  I have another
 3    question about this.
 4              MR. TURNER:  Uh-huh.
 5              MR. DUNGAN:  Okay.  You says -- you say
 6    this is in regard to my Washington Mutual account.
 7              MR. TURNER:  Yep, your Washington Mutual
 8    Visa ending in 5402.
 9              MR. DUNGAN:  Okay.  Well, you know, I had
10    somebody calling the other day also, and they said that
11    LVNV bought this debt.
12              MR. TURNER:  Correct.
13              MR. DUNGAN:  So --
14              MR. TURNER:  They are a debt-buying agency,
15    and they had purchased this debt from Washington
16    Mutual.
17              MR. DUNGAN:  Actually, I should say the
18    alleged debt because if Washington Mutual has sold it,
19    then that -- that account that you're referencing no
20    longer exists, correct?
21              MR. TURNER:  It does exist.
22              MR. DUNGAN:  Really?
23              MR. TURNER:  It is a Washington Mutual
24    debt.
25              MR. DUNGAN:  Well, I was told -- I was told
```

1  that -- I was told that Washington Mutual charged it

2  off.  So when they charge something off, they probably

3  receive some kind of insurance settlement or something

4  on it, don't they?

5          MR. TURNER:  No.

6          MR. DUNGAN:  Really?

7          MR. TURNER:  Incorrect.

8          MR. DUNGAN:  Incorrect.  Okay.

9  Well -- all right.

10         MR. TURNER:  But the fact of the matter at

11  hand is how we're going to get this resolved.

12         MR. DUNGAN:  Okay.  Well, I -- I believe I

13  answered that question yesterday, and I told you I

14  can't pay.

15         MR. TURNER:  It's not that you can't pay;

16  it's that you're refusing to pay.

17         MR. DUNGAN:  No, sir.  I -- what

18  did -- I just said that I can't pay.  I didn't say that

19  I was refusing.

20         MR. TURNER:  You're paying for the phone

21  that you're talking on right now.  You're paying for

22  the house that you're living in.

23         MR. DUNGAN:  How do -- how do -- how do you

24  know that?  Do you know my whole financial situation?

25  Do you know who is paying my bills?  Are you for sure

1   about what you're stating here?

2              MR. TURNER:  Yeah, I'm looking at your

3   credit report now.

4              MR. DUNGAN:  Oh, okay.

5              MR. TURNER:  I can tell you everything that

6   is being paid, everything that is current.

7              MR. DUNGAN:  Okay.  And you're sure that

8   I'm paying for these things?  They're -- they're in my

9   name, evidently, and they're being paid for.  Are you

10  sure that the funds are coming from me personally?

11             MR. TURNER:  No.

12             MR. DUNGAN:  Okay.  Well -- well,

13  you -- you just said --

14             MR. TURNER:  Everything is still being

15  paid --

16             MR. DUNGAN:  You -- you -- you just --

17             MR. TURNER:  -- regardless of who's paying

18  it.

19             MR. DUNGAN:  You just said --

20             MR. TURNER:  Everything is going on.

21  Incorrect?

22             MR. TURNER:  You just said that I was

23  paying for it.  So you, really, have no way of making

24  that statement with any voracity, do you?

25             MR. TURNER:  They're getting paid somehow.

```
 1                    MR. DUNGAN:  Okay.

 2                    MR. TURNER:  Whether it's from you, a

 3    spouse, family, friends.

 4                    MR. DUNGAN:  Okay.

 5                    MR. TURNER:  Somebody is paying for this

 6    stuff.

 7                    MR. DUNGAN:  Okay.  Well, my answer

 8    remains.  I've answered --

 9                    MR. TURNER:  As you're refusing to

10    cooperate, refusing to pay?

11                    MR. DUNGAN:  No, sir, I'm not --

12                    MR. TURNER:  Obviously, as I've stated to

13    you previously, that everything else is being paid.

14                    MR. DUNGAN:  I am not --

15                    MR. TURNER:  So, therefore, I mean, you are

16    in breach of a contract -- a legal binding contract.  I

17    mean, either you are refusing to pay or you're just

18    choosing not to pay this creditor.

19                    MR. DUNGAN:  No, I'm not refusing to

20    cooperate, I'm not refusing to pay, I simply cannot

21    pay.

22                    MR. TURNER:  Okay.  So let's go ahead and

23    get out the checkbook and let's start to get this

24    resolved.

25                    Sir, we had already advised you in order
```

```
 1    for the collection activity to stop, you need to make
 2    some partial payments to getting this resolved.
 3                   MR. DUNGAN:  You're a funny guy.  Well, you
 4    know --
 5                   MR. TURNER:  I'm glad that you're taking it
 6    seriously.
 7                   MR. DUNGAN:  You know, we discussed this
 8    yesterday, too.  I've answered --
 9                   MR. TURNER:  We sure did.  And we already
10    advised you --
11                   MR. DUNGAN:  Yeah.
12                   MR. TURNER:  -- the calls will continue
13    until such time --
14                   MR. DUNGAN:  Yeah, uh-huh.  In other words,
15    you're going to continue to attempt to harass me.  And
16    that's exactly what this is.
17                   MR. TURNER:  Like I said, you owe a debt.
18                   MR. DUNGAN:  And I'm going to have to
19    ask you again not to call me anymore.
20                   MR. TURNER:  And we've already told you
21    that (unintelligible) --
22                   MR. DUNGAN:  This is harassment plain and
23    simple, yes.  And you keep threatening me --
24                   MR. TURNER:  (Unintelligible) the calls
25    will continue.
```

1              MR. DUNGAN:  You keep threatening me with

2     further harassment.  That's all you're doing.  When you

3     say -- when you keep saying calls will continue --

4              MR. TURNER:  Calls are not a threat, sir.

5              MR. DUNGAN:  Yes, it is.  It is a threat.

6              MR. TURNER:  We are allowed to contact you

7     until we can get this resolved.  Until the client takes

8     it back into their hand to do whatever they deem

9     necessary --

10             MR. DUNGAN:  And what would that be?

11             MR. TURNER:  That would be to get the

12    balance in full.

13             MR. DUNGAN:  And what would that be?

14             MR. TURNER:  We don't care to speculate.

15    It's not -- it's not my debt.

16             MR. DUNGAN:  Okay.

17             MR. TURNER:  It is my client's.

18             MR. DUNGAN:  Okay.

19             MR. TURNER:  So, Mr. Dungan, do you want to

20    go ahead and get out your checkbook now and -- so that

21    we can start to get this resolved?  Why -- why

22    aren't -- haven't you called your family yet?

23             MR. DUNGAN:  Do you --

24             MR. TURNER:  Have you called Danny?

25             MR. DUNGAN:  Do you -- do you have --

```
 1              MR. TURNER:  -- Heather or Camille?

 2              MR. DUNGAN:  Sir, has your hearing been

 3    checked recently because I'm -- I've told you on

 4    numerous occasions I can't pay?  How many times do I

 5    have to answer that question?

 6              MR. TURNER:  That -- that wasn't my

 7    question.

 8              MR. DUNGAN:  It wasn't your question?

 9              MR. TURNER:  Why haven't you contacted your

10    relatives yet --

11              MR. DUNGAN:  Why haven't I --

12              MR. TURNER:  -- for help?

13              MR. DUNGAN:  -- contacted my relatives yet?

14              MR. TURNER:  If you're not paying a bill,

15    somebody's helping you pay it.

16              MR. DUNGAN:  Wow.  Wow.

17              MR. TURNER:  Yeah, I listen very well.  So,

18    obviously, if you're not paying it, somebody else is

19    paying it for you.  Why don't you go ahead and ask

20    them?  I can hold, or we can call them on three-way for

21    you.

22              MR. DUNGAN:  You want to contact my

23    relatives?

24              MR. TURNER:  Whoever is helping you pay

25    your bills.  Do you prefer just to get out your
```

1   checkbook now so we can start making efforts to get

2   this resolved?

3                    Are you still at this 2920 Shalako Drive at

4   Ft. Worth, Texas?

5                    MR. DUNGAN:  Well, you know, you're asking

6   me --

7                    MR. TURNER:  Is that correct?

8                    MR. DUNGAN:  With that question, you're

9   asking me to verify sensitive personal information.

10  I'm not going to do that over the telephone.

11                   MR. TURNER:  It's not sensitive or

12  personal.

13                   MR. DUNGAN:  Yes, it is.

14                   MR. TURNER:  I have all your information on

15  record.

16                   MR. DUNGAN:  Well, then why are you asking?

17  If you have the information, why are you asking me

18  these questions?

19                   MR. TURNER:  Just to verify we have sent

20  the right correspondence to you, that you have received

21  those, and there is no reason to say that you didn't

22  receive anything.

23                   MR. DUNGAN:  Hm.

24                   MR. TURNER:  And that you do -- are

25  educated well and informed as a debt.

```
 1                    MR. DUNGAN:  Okay.  Well --
 2                    MR. TURNER:  Okay.  So, Mr. Dungan, do you
 3   want me to go ahead and talk to Peggy?  Maybe she can
 4   be more of assistance.
 5                    MR. DUNGAN:  Well --
 6                    MR. TURNER:  Maybe she is the one who pays
 7   the bills.
 8                    MR. DUNGAN:  Well, is -- is --
 9                    MR. TURNER:  Is she the -- the -- the pants
10   in the family to pay the bills?
11                    MR. DUNGAN:  Well, as you said, you know,
12   you may have to --
13                    MR. TURNER:  And, obviously, she is.
14                    MR. DUNGAN:  You -- you may have to advise,
15   you know, whoever to do whatever they deem necessary,
16   so --
17                    MR. TURNER:  If you want me to go ahead and
18   call Peggy at work, that's not a problem.
19                    MR. DUNGAN:  If you deem -- if you deem
20   that necessary, feel free to do so.
21                    MR. TURNER:  Okay.  We will do that.
22                    Like I said, the further collection
23   activity will continue as well as the calls will
24   continue.  If you want -- I mean, with your
25   (unintelligible) permission, I can go ahead and call
```

1    Patricia, as well.  Maybe Michael.

2                  MR. DUNGAN:  No.  No.  No.  Hang on a

3    second.  You don't have my permission to contact --

4                  MR. TURNER:  Yes, sir.

5                  MR. DUNGAN:  You don't have my permission

6    to contact any of my family members.

7                  MR. TURNER:  Or to contact them.  I mean,

8    basically, we can ask them to help you get this

9    resolved.

10                 MR. DUNGAN:  No, you don't have

11   permission -- you don't have my permission to contact

12   any of my relatives.  If you do so, that's going to

13   be --

14                 MR. TURNER:  You're afraid that they're

15   going to know your business?

16                 MR. DUNGAN:  That's going to be of your own

17   volition.  Okay.  You do not have my permission to

18   contact any -- any of my relatives.

19                 MR. TURNER:  Uh-huh.

20                 MR. DUNGAN:  I said, you do not have my

21   permission to con -- contact any of my relatives.  If

22   you do so, you're -- you will be doing so of your own

23   volition.

24                 MR. TURNER:  Okay.

25                 MR. DUNGAN:  Do you understand?

```
 1                MR. TURNER:  Sir, how do you want to go
 2   about getting this --
 3                MR. DUNGAN:  Now, wait a minute.  Wait a
 4   minute.  We seem to be -- be having a hearing problem
 5   here.  Do you understand what I just told you, sir?
 6                MR. TURNER:  So -- so how do you want to go
 7   ahead about getting this resolved?
 8                MR. DUNGAN:  Sir.  Sir, do you understand
 9   what I just told you?
10                MR. TURNER:  Okay.  And that wasn't my
11   question.
12                MR. DUNGAN:  Well, it's my question.
13                MR. TURNER:  (Unintelligible).
14                MR. DUNGAN:  Do you -- what did I just tell
15   you about my relatives?  I want to make sure this is
16   perfectly clear.  Because we seem to be having a
17   hearing problem here, so I want to make sure you
18   understand what I just told you about my relatives.
19   What did I just tell you about my relatives?
20                MR. TURNER:  Okay.  Like -- and, once
21   again, I've already stated to you that wasn't a
22   question I've asked you.
23                MR. DUNGAN:  That's a question I've asked
24   you, and I would like an answer, please.
25                MR. TURNER:  Do you want to go ahead and
```

1    get this resolved?

2              (Long pause)

3              MR. TURNER:  Mr. Dungan, I mean, since you

4    don't want to go ahead and talk about this matter, I'll

5    tell you again we'll go ahead and mark the account as a

6    refusal to cooperate, a refusal to pay, a refusal to

7    honor your cardholder agreement.  You are rejecting our

8    payment arrangements, so the further collection

9    activity as well as the calls will continue.  By the

10   looks of things, we're going to contact you until we

11   can get this resolved.

12             MR. DUNGAN:  Okay.

13             MR. TURNER:  So, I mean, if you want the

14   calls to cease, make some valid effort to getting this

15   resolved and --

16             MR. DUNGAN:  Once again --

17             MR. TURNER:  -- then we won't contact you

18   again.  Okay?

19             MR. DUNGAN:  Once again.

20             MR. TURNER:  All right.

21             MR. DUNGAN:  I'm going to state --

22             MR. TURNER:  Bye.

23             MR. DUNGAN:  -- do not call me, do not call

24   my relatives.  Is that clear?  Hello?

25             Call ended at 1:07 p.m.  Once again, it is

1　Monday, October 13th, 2008.  Call ended at 1:07 p.m.

2　　　　　　　　**OCTOBER 31, 2008 - 1:38 P.M.**

3　　　　　　　　RECORDING:  Hello.  This is an important

4　call for Boyd Dungan.  If this is Boyd Dungan, please

5　press one now.  To place this call on hold to allow

6　time for this person to come to the phone, please press

7　two.

8　　　　　　　　(One beep heard)

9　　　　　　　　RECORDING:  This call is on hold.  Please

10　press any key on your telephone keypad to hear this

11　important message.

12　　　　　　　　MR. DUNGAN:  Friday, October 31st, 2008,

13　1:39 p.m.

14　　　　　　　　RECORDING:  This call is on hold, please

15　press any key on your --

16　　　　　　　　(One beep heard)

17　　　　　　　　RECORDING:  Hello.  This is an important

18　call for Boyd Dungan.  If this is Boyd Dungan, please

19　press one now.

20　　　　　　　　(One beep heard)

21　　　　　　　　RECORDING:  Please hold while we connect

22　you to a representative.

23　　　　　　　　Hello.

24　　　　　　　　MS. SMITH:  MRS Associates.  Is this Boyd

25　Dunnagan?

1          MR. DUNGAN:  Yeah, this is Boyd.

2          MS. SMITH:  Hi, sir.  My name is Kita

3     (phonetic) Smith.  We're calling you from MRS

4     Associates regarding a Washington Mutual account, sir.

5          MR. DUNGAN:  Okay.

6          MS. SMITH:  First, I'll tell you the

7     purpose of the call is to collect a debt.  Information

8     obtained will be used for that purpose.  Calls are

9     monitored and recorded for quality assurance.

10          There's a balance of $6,332.34.

11          MR. DUNGAN:  Okay.  I'm sorry, what did you

12     say your name was again, please?

13          MS. SMITH:  Ms. Kita.

14          MR. DUNGAN:  And what company do you

15     represent?

16          MS. SMITH:  This is MRS Associates.  We

17     actually represent our client by the name of LVNV

18     Funding who has obtained your account from Washington

19     Mutual.

20          MR. DUNGAN:  Okay.

21          MS. SMITH:  It shows the balance is

22     $6,332.34.

23          MR. DUNGAN:  What was the account number on

24     that, please?

25          MS. SMITH:  Do you want the last four

1  digits?

2         MR. DUNGAN:  Yeah, the account number,

3  please.

4         MS. SMITH:  Do you want the entire account

5  number or the last four digits?

6         MR. DUNGAN:  The entire account number

7  would be good.

8         MS. SMITH:  4185860419125402.

9         MR. DUNGAN:  Okay.

10        MS. SMITH:  And the account number that

11  it's listed under here -- actually, my account number

12  is 12231330.

13        MR. DUNGAN:  Okay.

14        MS. SMITH:  You paid very well on the

15  account, but then you stopped.  What happened?

16        MR. DUNGAN:  Okay.  Well, I have a few

17  questions.  You know, you-all have called me several

18  times.  And first and foremost, I've asked this several

19  times, but, you know, just to get it on record again,

20  I'm going to -- you-all have called me on numerous

21  occasion.  I'm going to ask that you-all not call me

22  anymore.

23        MS. SMITH:  Okay.  Let me tell you what you

24  need to do.

25        MR. DUNGAN:  Okay.

1      MS. SMITH:  To see that that happens, you
2  need to put that in writing.  Let me give you an
3  address.
4          MR. DUNGAN:  Okay.
5          MS. SMITH:  1930 -- and it's O-l-n-e-y.
6          MR. DUNGAN:  Okay.
7          MS. SMITH:  Cherry Hill.
8          MR. DUNGAN:  Okay.
9          MS. SMITH:  New Jersey.
10          MR. DUNGAN:  Gotcha.
11          MS. SMITH:  08003.
12          MR. DUNGAN:  Okay.
13          MS. SMITH:  In order for us not to call,
14  you must provide in writing.  That's the only way that
15  will -- that will happen.
16          MR. DUNGAN:  Okay.  I appreciate that
17  information.  Thank you very much.
18          MS. SMITH:  You have a good day.  Good-bye.
19          MR. DUNGAN:  Well, I wasn't quite finished.
20  I had some more questions, but okay.
21          Call ended at 1:39 p.m.  Once again, it's
22  Friday, October 31st, 2008.  Call ended at 1:41 p.m.
23  Happy Halloween, everybody.
24          **NOVEMBER 4, 2008 - 12:17 P.M.**
25          MR. DUNGAN:  Hello.

1      BRITTANY:  May I speak to Boyd Dungan?

2      MR. DUNGAN:  Yeah, this is Boyd.

3      BRITTANY:  Boyd Dungan?

4      MR. DUNGAN:  Yeah, this is Boyd.

5      BRITTANY:  Okay.  This is Brittany with MRS

6  Associates.  I'm calling regarding your Washington

7  Mutual credit card account.

8      MR. DUNGAN:  Okay.

9      BRITTANY:  I'm calling to try to work

10  something out with you before the client does

11  involuntarily proceed.  If you're willing to work with

12  me, I can try to help you out.

13      But let me say the call is recorded for

14  quality assurance.  It is an attempt to collect a debt.

15  Any information received will be used for that purpose.

16      Are you willing to work with me on this,

17  Mr. Boyd?

18      MR. DUNGAN:  I'm sorry, what -- what did

19  you say your name was again?  Hello?

20      BRITTANY:  Yes, my name is Brittany.

21      MR. DUNGAN:  And what company are you with?

22      BRITTANY:  MRS Associates regarding your

23  Washington Mutual credit card account.

24      MR. DUNGAN:  And what's the account number?

25      BRITTANY:  The account number ends in 5402.

```
 1                    MR. DUNGAN:  Okay.

 2              BRITTANY:  With a balance of $6,332.34.

 3                    MR. DUNGAN:  Okay.  Well, you know, let

 4    me -- let me just say this right off the bat.  I've

 5    spoken to you-all about this on several occasions.

 6    I've asked you-all not to call.  I'm going to make that

 7    request again.

 8              BRITTANY:  You need to send in -- send that

 9    in writing.

10                    MR. DUNGAN:  Okay.  Also, you know, I've

11    talked -- like I said, I've talked to several different

12    people about this, and you-all keep referencing a

13    Washington Mutual account.  It's my understanding

14    that -- I was told by one of you-all's agents that on

15    this particular account that you're referencing,

16    Washington Mutual charged it off.

17              BRITTANY:  Okay.  And it's in collections.

18                    MR. DUNGAN:  Okay.  Well, they --

19    Washington Mutual has charged it off.  And, generally,

20    when they do that, they receive some kind of insurance

21    settlement or some kind of write-off.

22              BRITTANY:  No, actually they don't.  What

23    it --

24                    MR. DUNGAN:  Really?

25              BRITTANY:  What happens right here is that
```

1    your account is in collections.  And if you don't --

2                MR. DUNGAN:  Well, regardless, they've sold

3    the account.  They no longer possess the account, so

4    that account no longer exists.

5                BRITTANY:  (Unintelligible) to represent

6    them.  Yes, they do.  This is their account.  And if

7    you --

8                MR. DUNGAN:  No.  I've been told that they

9    sold the account to LVNV, so --

10               BRITTANY:  This is not LVNV, though.  This

11   is MRS Associates.  They -- they took their account

12   back, and we're the negotiators for Washington Mutual.

13   If you don't work out a payment arrangement with me or

14   come to some type of agreement, then we send it back to

15   them, and they proceed involuntarily.

16               MR. DUNGAN:  Oh, okay.  Well, see,

17   every -- everyone that I've talked to so far they tell

18   me that you-all -- you-all are MRS, and that you-all

19   are representing LVNV and LVNV bought this account.  So

20   everybody has told me -- except for you, everybody has

21   told me that you-all represent LVNV.

22               MS. BRITTANY:  I do apologize for the

23   in -- inconvenience, but that is not true.

24               MR. DUNGAN:  Really?  So what you're

25   telling me is that everyone that I've spoke to so far

1    has been less than truthful with me?

2              BRITTANY:  Not less than truthful.  Maybe

3    they just don't know.  They haven't been trained --

4              MR. DUNGAN:  So --

5              BRITTANY:  -- correctly or they're speaking

6    on something else.  But that is incorrect.  This

7    account is in collections --

8              MR. DUNGAN:  So they've made some false

9    statements to me, basically, is what you're telling me?

10              BRITTANY:  No, not a false statement.  They

11    may have --

12              MR. DUNGAN:  Sure, it is.  If they -- if

13    they did resent -- if they didn't represent the facts

14    truthfully, it's a false statement, correct?

15              BRITTANY:  If they had no intentions of

16    doing that, it's not a false statement.

17              MR. DUNGAN:  Oh.

18              BRITTANY:  If they intentionally gave you

19    the wrong information, then that could possibly be,

20    but --

21              MR. DUNGAN:  Well, it -- it sure -- it's

22    surely happening an awful lot because, like I said,

23    this is about the 50th time you-all have called me.

24    So --

25              BRITTANY:  Okay.  Sir, like I said, I

1    apologize for the inconvenience and the misinformation.
2    But do you have any intents on taking care of this
3    account?  Because if not, then there is no need for us
4    to stay on the line and keep going back and forth about
5    what someone else told you.
6              MR. DUNGAN:  Okay.  Well, I've already
7    answered this question on several occasions.  I can't
8    pay.
9              BRITTANY:  And why is that?
10             MR. DUNGAN:  I can't pay.
11             BRITTANY:  So you can't pay or you're not
12   going to pay?
13             MR. DUNGAN:  I've answered your question I
14   can't pay, and I'm not obligated to discuss my personal
15   situation with you.
16             BRITTANY:  Actually, you are when you
17   signed a legal binding contract.
18             MR. DUNGAN:  No.  No, ma'am, that's
19   in -- that's incorrect.  I -- you know, I have no way
20   of verifying you are who you say you are.  I don't -- I
21   have no clue who you are.
22             BRITTANY:  (Unintelligible).  You know you
23   have the Washington Mutual account, you know that the
24   balance is correct with the interest, and you know that
25   I have --

1        MR. DUNGAN:  No, I -- no, I -- actually, I

2  don't know that.  As I said before, why --

3        BRITTANY:  Okay.  I'm not going to go back

4  and forth with you.  You have a nice day.  I'll just

5  forward the account back to the client.

6        MR. DUNGAN:  Okay.  You have a nice day,

7  also.  Thank you.

8        It is Tuesday, November 4th, 2008.  Call

9  ended at 12:21.  Again, Tuesday -- Tuesday, November

10 4th, 2008.  Call ended at 12:21.

11        **NOVEMBER 21, 2008 - 11:42 A.M.**

12        MR. DUNGAN:  Hello.

13        RECORDING:  Hello.  This is an important

14 call for Boyd Dungan.  If this is Boyd Dungan, please

15 press one now.  To place this call on hold to allow

16 time for this person to come to the phone, please press

17 two.

18        (One beep heard)

19        RECORDING:  This call is on hold.  Please

20 press any key on your telephone keypad to hear this

21 important message.

22        MR. DUNGAN:  Friday, November 21st, 2008,

23 11:42 a.m.

24        RECORDING:  This call is on hold, please

25 press any key on your telephone keypad to hear this --

```
 1              (One beep heard)

 2              RECORDING:  Hello.  This is an important

 3   call for Boyd Dungan.  If this is Boyd Dungan, please

 4   press one --

 5              (One beep heard)

 6              RECORDING:  Please hold while we connect

 7   you to a representative.

 8              Hello.

 9              MR. COOPER:  MRS Associates, this is

10   Mr. Cooper.  Am I speaking with Boyd?

11              MR. DUNGAN:  Yeah, this is Boyd.

12              MR. COOPER:  How you doing, Mr. Dungan?

13              MR. DUNGAN:  All right.

14              MR. COOPER:  Okay.  Great.  My name is

15   Mr. Cooper.  I just got to let you know the call may be

16   recorded or monitored for quality assurance.

17              MR. DUNGAN:  Okay.

18              MR. COOPER:  I'm calling you from MRS

19   Associates today about your Washington Mutual account.

20   You're familiar with that account?

21              MR. DUNGAN:  And you said your name was,

22   again, please.

23              MR. COOPER:  My name is Mr. Cooper.

24              MR. DUNGAN:  Okay.

25              MR. COOPER:  And I'm mostly just required
```

1    by law to tell you the purpose of the call is an

2    attempt to collect a debt.  Any information obtained

3    will be used for that purpose.

4              Clearly, we've been all around on this

5    account.  We've had it since the month of August.

6    Since we've gotten it, we haven't really made any

7    progress.

8              MR. DUNGAN:  Okay.  What company did you

9    say you represent?

10             MR. COOPER:  MRS Associates, Incorporated,

11   sir.

12             MR. DUNGAN:  Okay.

13             MR. COOPER:  Talking about your Washington

14   Mutual account.

15             MR. DUNGAN:  Okay.

16             MR. COOPER:  You should be familiar with us

17   by now considering we've been talking to you since

18   August about this account.

19             MR. DUNGAN:  Okay.  What's the account

20   number?

21             MR. COOPER:  The account number, sir?

22             MR. DUNGAN:  Yeah.

23             MR. COOPER:  Okay.  Um, I can get you that

24   information for you in a second, sir.

25             MR. DUNGAN:  Okay.

1       MR. COOPER:  But what I'm calling about is

2   your Washington Mutual account for the -- you know, the

3   one that was purchased by LVNV Funding.  I -- I know

4   that you're familiar with the account because we've

5   been discussing it for a while.

6       The reason I'm calling is not to stall or

7   anything like that, but actually to figure out what are

8   your intentions on the account?

9       MR. DUNGAN:  Well, as you said, you know,

10  we've discussed this on numero occasions -- numerous

11  occasions.  I can't pay.  And, also, you know, I was

12  told, as you --

13      MR. COOPER:  You can't pay anything?  You

14  can't pay towards your bill, sir, toward your $6,426

15  balance?

16      MR. DUNGAN:  I just answered that question.

17  And also --

18      MR. COOPER:  You're -- you're paying your

19  phone bill, sir.

20      MR. DUNGAN:  Are -- you're certain about

21  that?

22      MR. COOPER:  I'm sorry?

23      MR. DUNGAN:  You're certain about that?

24      MR. COOPER:  Well, sir, if you're not

25  paying it, someone else is.  And they could be helping

```
 1   you to pay -- pay on this account, sir.

 2              MR. DUNGAN:  Okay.  Well, the thing -- you

 3   know, as you've said, and as I've been told before,

 4   Washington Mutual charged this account off and LVNV

 5   bought it.  Okay

 6              MR. COOPER:  That's correct.  You owe LVNV

 7   Funding $6,400 --

 8              MR. DUNGAN:  No, I don't owe -- I don't owe

 9   LVNV anything.  Actually, what happened --

10              MR. COOPER:  You owe them $6,426.90.  I'm

11   going to recommend, sir, that they do whatever is

12   necessary to go ahead and take that full balance.

13   You're not cooperating.  I'm going to mark it as a

14   rejection of settlement, a refusal --

15              MR. DUNGAN:  No.  No.

16              MR. COOPER:  -- to cooperate.

17              MR. DUNGAN:  That's -- that's incorrect.

18              MR. COOPER:  Refusing to honor your

19   cardholder agreement.

20              MR. DUNGAN:  That's --

21              MR. COOPER:  You're in breach of contract.

22              MR. DUNGAN:  No, that's incorrect.  I'm not

23   refusing to pay.

24              MR. COOPER:  Okay.  Have a nice day, sir.

25   I'm going to make that recommendation.  You're going to
```

1    pay them the full balance.  Have a nice day.

2                    MR. DUNGAN:  You do the same.  Thank you.

3                    Call ended 11:45 a.m.  Once again, it is

4    Friday, November 21st, 2008.  Call ended 11:45 a.m.

5                    **NOVEMBER 24, 2008 - 3:41 P.M.**

6                    (Phone ringing)

7                    RECORDING:  Hello.  This is an important

8    call for Boyd Dungan.  If this is Boyd Dungan, please

9    press one now.  To place this call on hold to allow

10   time for this person to come to the phone, please press

11   two.

12                   (One beep heard)

13                   RECORDING:  This call is on hold.  Please

14   press any key on your telephone keypad to hear this

15   important message.

16                   MR. DUNGAN:  Monday, November 24th, 2008,

17   3:41 p.m.

18                   RECORDING:  This call is on hold.

19                   (One beep heard)

20                   RECORDING:  Hello.  This is an important

21   call for Boyd Dungan.  If this is Boyd Dungan, please

22   press one --

23                   (One beep heard)

24                   RECORDING:  Please hold while we connect

25   you to a representative.

```
1                    Hello.

2              MS. MILLER:  Hi, may I speak to Boyd

3   Dungan, please.

4              MR. DUNGAN:  This is Boyd.

5              MS. MILLER:  Hi, Boyd.  My name is Kera

6   Miller.  How are you doing today?

7              MR. DUNGAN:  I'm all right.  And yourself?

8              MS. MILLER:  Good.  Well, I'm calling from

9   MRS Associates on behalf of LVNV Funding.  I do have to

10  let you know that the call may be recorded for quality

11  assurance purposes, and that the purpose of the call is

12  an attempt to collect a debt.  And any information

13  obtained will be used for that purpose.

14             Okay.  And I'm calling in regards to your

15  Washington Mutual account.

16             MR. DUNGAN:  Okay.  What is -- I'm sorry,

17  what did you say your name was, please?

18             MS. MILLER:  Kera Miller.

19             MR. DUNGAN:  Okay.  And who are you with?

20             MS. MILLER:  MRS Associates.

21             MR. DUNGAN:  And this is in regard to what?

22             MS. MILLER:  Washington Mutual.

23             MR. DUNGAN:  And the account number is?

24             MS. MILLER:  Well, the account number in

25  our office is 12231330.
```

1    MR. DUNGAN:  Okay.  How may I help you
2  today?
3    MS. MILLER:  Well, you do have a current
4  balance of $6,426.90.  So before proceeding on the
5  account, we do want to call, give you some information
6  as to what kind of resolution that we can come to.
7    Okay.  I do see that you had spoken to a
8  couple of my associates.
9    MR. DUNGAN:  I've spoken to many of your
10  associates, actually.
11    MS. MILLER:  Okay.  Well, what can -- I
12  mean, what can we do to help you get this taken care
13  of?
14    MR. DUNGAN:  Well, you know, you-all have
15  ans -- asked me this question on several occasions, and
16  I've told you-all that I can't pay.  And, also, you
17  know, you-all keep referencing a Washington Mutual,
18  okay.  Several of your associates have told me that
19  Washington Mutual has charged this account off.  Okay?
20    MS. MILLER:  Yes.
21    MR. DUNGAN:  All right.  Well, when --
22    MS. MILLER:  Third-party, yes.
23    MR. DUNGAN:  Yeah.  When they -- they --
24  when --
25    MS. MILLER:  Go ahead.

 1                  MR. DUNGAN:  Washington Mutual has charged

 2      off the account.  And, generally, when that happens,

 3      they either receive some kind of insurance settlement

 4      or some kind of tax write-off, and then they take it

 5      off their books.  So, basically, the account that

 6      you're referencing doesn't exist anymore.

 7                  MS. MILLER:  Okay.  It's not -- it's --

 8      it's the fact that you can't call and talk to

 9      Washington Mutual, but the account does still -- I

10      mean, LVNV Funding did buy the account.

11                  MR. DUNGAN:  Okay.  Well, it sounds like,

12      to me, that LVNV made a bad investment.

13                  MS. MILLER:  Well, you do have a balance,

14      and that balance isn't going to go away just because

15      businesses do what businesses have to do.

16                  Okay.  So, regardless, you still owe the

17      balance.  Now, I'm more than happy to -- you know, to

18      work with you and help you out as far as putting you on

19      possibly a hardship program or offering you a one-time

20      settlement to get it taken care of for a lesser amount

21      than the balance is owed.

22                  So when you signed your legal binding

23      contract, you stated that you would --

24                  MR. DUNGAN:  Okay.

25                  MS. MILLER:  -- you know, pay the balance

1    upon default.

2                   MR. DUNGAN:  I -- I have a question.  How

3    much did LVNV pay for this account?

4                   MS. MILLER:  I don't have that information,

5    sir.

6                   MR. DUNGAN:  Okay.

7                   MS. MILLER:  But, regardless, that doesn't

8    matter.  They have the account.

9                   MR. DUNGAN:  Well, sure it does.  Sure it

10   is.  Sure it does.  It does matter.

11                  MS. MILLER:  Why does it matter?

12                  MR. DUNGAN:  Well, because I have a feeling

13   that it's a lot less than -- what they paid for the

14   account is a lot less than what they're asking for.

15                  MS. MILLER:  Well, regardless of what they

16   paid for it, sir, you still owe the balance.  You still

17   owe what you owe because you were the one that got the

18   card, you were the one that charged it up, and you were

19   the one that didn't pay it.  So that is why it is in

20   the state -- it's in the status that it is now.  Okay.

21   It's nobody's fault but your own.

22                  And I'm trying to help you here, and

23   you're -- I mean, it sounds to me like you don't want

24   to take care of it.

25                  MR. DUNGAN:  Well, it's -- it's not that I

1    don't want to take care of it.  I've answered -- you

2    know, as I've said, I've talked to -- this is about the

3    60th time you-all have called me, okay.  And you-all

4    keep asking me the same question.  And I'm going to

5    make the statement once again.  Well, I've made the

6    statement before.  I'm going to request that you-all

7    not call me anymore.

8              MS. MILLER:  Well, that's not going to

9    happen.  It has to be in writing.

10             MR. DUNGAN:  Okay.  Well --

11             MS. MILLER:  I mean, we will continue to

12   call until -- until we can collect the balance from

13   you.

14             MR. DUNGAN:  Okay.  So does that

15   mean -- that means that you're going to continue to

16   attempt to harass me?

17             MS. MILLER:  We're not harassing you, sir.

18             MR. DUNGAN:  Sure, you are.

19             MS. MILLER:  You owe a debt.

20             MR. DUNGAN:  Sure, you are.  What do you

21   call it -- what do you call it when somebody -- when --

22   when somebody calls a person over and over again and

23   asks the same question over and over again, what do you

24   call that?

25             If I was to call you at your home and ask

```
 1   you repeatedly the same question day in and day out,
 2   what would you call that?
 3                 MS. MILLER:  Sir, it's called collections.
 4                 MR. DUNGAN:  Okay.
 5                 MS. MILLER:  It's called you owe a balance.
 6                 MR. DUNGAN:  Okay.  Well, I've answered the
 7   question I can't pay, so where does that leave us?
 8                 MS. MILLER:  Okay.  Well, then I -- I mean,
 9   the only thing -- if you're not going to work --
10   you're -- I'm sorry.  You're stating on our recorded
11   line that you're not going to pay it?
12                 MR. DUNGAN:  No, that's not what I said.
13                 MS. MILLER:  Well --
14                 MR. DUNGAN:  See, I've told you I can't
15   pay.
16                 MS. MILLER:  Then we need to get something
17   worked out.  I said I understand if you don't have the
18   whole balance in full, but I said I would be willing to
19   help you out as far as putting you on a hardship
20   program.
21                 MR. DUNGAN:  I can't pay.
22                 MS. MILLER:  Okay.  This is -- is there
23   anybody that you can turn to?
24                 MR. DUNGAN:  No.
25                 MS. MILLER:  No?
```

```
 1                    MR. DUNGAN:  No.

 2                    MS. MILLER:  Okay.  Well, I will go ahead

 3   and mark your account as a refusal to pay.

 4                    MR. DUNGAN:  No, that's -- that's --

 5   ma'am -- ma'am, that's incorrect also.  I have not

 6   refused anything.

 7                    MS. MILLER:  Sir, because you're not --

 8                    MR. DUNGAN:  I have not refused to pay.  I

 9   simply can't pay.

10                    MS. MILLER:  You're refusing to pay.  You

11   have a great day.

12                    MR. DUNGAN:  You too.  Have a good day.

13                    Call ended at 3:46 p.m.  Once again, it is

14   Monday, November 24th, 2008.  Call ended at 3:46 p.m.

15                    DECEMBER 2, 2008 - 8:48 a.m.

16                    (Phone ringing)

17                    RECORDING:  Hello.  This is not a sale's

18   solicitation.  Please stay on the line for the first --

19                    MS. CONNOR:  Hello.

20                    MR. DUNGAN:  Hello.

21                    MS. CONNOR:  Hi, is Boyd there?

22                    MR. DUNGAN:  This is Boyd.

23                    MS. CONNOR:  This is -- is it Dungan?

24                    MR. DUNGAN:  That's correct.

25                    MS. CONNOR:  Okay.  My name is Helen Connor
```

1  with MRS Associates.  I'm calling about the LVNV

2  account, the Washington Mutual.

3           MR. DUNGAN:  Okay.

4           MS. CONNOR:  I'll make this real brief.  I

5  have to say, of course, by law this call my be

6  monitored or recorded for quality assurance.  It's an

7  attempt to collect a debt.  Anything obtained is used

8  for that reason.

9           I know you have been talking to people

10  several times before.  I also have a balance showing

11  $6,426.90.  I'm calling today to see if there is

12  something we can do to get this resolved?

13          MR. DUNGAN:  Okay.  I'm sorry, what was

14  your name again, please?

15          MS. CONNOR:  I'm sorry, my name is Helen

16  Connor.

17          MR. DUNGAN:  Okay.  And you represent who?

18          MS. CONNOR:  I'm with M -- excuse me, MRS

19  Associates.

20          MR. DUNGAN:  All right.

21          MS. CONNOR:  And this is in regards to LVNV

22  Funding about your Washington Mutual account.

23          MR. DUNGAN:  Okay.

24          MS. CONNOR:  And that's what I was calling

25  on behalf of.

1              MR. DUNGAN:  What's the account number on

2    that?

3              MS. CONNOR:  The -- do you want the

4    original account number?

5              MR. DUNGAN:  Sure.

6              MS. CONNOR:  Okay.  4185860419125402.

7              MR. DUNGAN:  Okay.  And how may I help you

8    today?

9              MS. CONNOR:  Okay.  What they're showing is

10   the balance of the $6,426.90.  Basically, I'm calling

11   to see what we can do to try and get this resolved.

12             MR. DUNGAN:  Okay.  Well, first of all, as

13   you said, I have spoken with many people from your

14   company.

15             MS. CONNOR:  Right.

16             MR. DUNGAN:  And I have asked on several

17   occasions that you-all not call me anymore.  I'm going

18   to make that request again.

19             MS. CONNOR:  Okay.

20             MR. DUNGAN:  Also, I've -- like I've said,

21   I've discussed this on several occasions.  I can't pay.

22             Also, you-all keep referencing a Washington

23   Mutual account.

24             MS. CONNOR:  Right.

25             MR. DUNGAN:  Okay.  Many of your associates

1   have told me that Washington Mutual has charged this

2   account off.

3                MS. CONNOR:  Right.

4                MR. DUNGAN:  Okay.  I've done a little

5   research.  And when they do that, generally what

6   happens is they receive some sort of insurance

7   settlement or some sort of tax write-off, and they

8   remove that from their books.  So the account that

9   you're referencing no longer exists.

10               MS. CONNOR:  But it does.

11               MR. DUNGAN:  Really?

12               MS. CONNOR:  LV -- yeah.  What happened

13  is -- LVNV Funding is a debt-buying agency.  They

14  bought the Washington Mutual account.

15               MR. DUNGAN:  Okay.

16               MS. CONNOR:  Even -- even if Washington

17  Mutual received some type of payoff, which I don't know

18  anything about --

19               MR. DUNGAN:  Okay.

20               MS. CONNOR:  -- I never heard about that,

21  you still -- (unintelligible) you still don't have to

22  pay the parties that you charged off on the account.

23  You're still reliable -- you're still liable for the

24  balance on the account because you're the one that

25  charged it up.

1          MR. DUNGAN:  How does that happen when the
2    account no longer exists?
3          MS. CONNOR:  It still exists; although
4    (unintelligible) call on it.
5          MR. DUNGAN:  Okay.  Well, then let me ask
6    you this.  How much did LVNV pay for the account?
7          MS. CONNOR:  That, I don't know.
8          MR. DUNGAN:  Okay.
9          MS. CONNOR:  I should tell you that they
10   are authorizing a settlement.  It's knocking off about
11   $2,000 off the balance.
12         MR. DUNGAN:  Okay.  Well --
13         MS. CONNOR:  (Unintelligible) to settle it
14   for $4,627.
15         MR. DUNGAN:  Well, I can't pay.
16         MS. CONNOR:  Okay.  Let me -- let's see.
17   And there's nothing that we can do to try and help you
18   out even on a monthly payment plan of any kind?
19         MR. DUNGAN:  I can't pay.
20         MS. CONNOR:  Okay.  So you are aware that
21   the collection activity will continue?
22         MR. DUNGAN:  Okay.  What do you mean when
23   you say that?  Does it mean that you're going to
24   continue to attempt to harass me by calling me every
25   day?

1           MS. CONNOR:  It's not harassment.  I

2    mean --

3           MR. DUNGAN:  Really?

4           MS. CONNOR:  -- I understand where you --

5           MR. DUNGAN:  Really?

6           MS. CONNOR:  It is harassment, but it's not

7    because it's a debt.

8           MR. DUNGAN:  Really?

9           MS. CONNOR:  Correct.

10          MR. DUNGAN:  Let me -- if I was to call you

11   at your home every day and ask you the same question

12   over and over again, what would you call that?  I

13   imagine you would call that harassment, and you would

14   attempt to sue -- you would attempt to sue me, wouldn't

15   you?

16          MS. CONNOR:  No, actually, I wouldn't

17   attempt to sue you because I know the law.

18          MR. DUNGAN:  Oh, really?  Well, then why

19   don't -- why don't you -- why don't you give me your

20   home phone number, and I'll start calling you every day

21   and asking you the same question over and over again?

22          MS. CONNOR:  Well, but why would I do that?

23   I don't owe you any money.

24          MR. DUNGAN:  Because it -- because you

25   don't want to subject yourself to any harassment,

```
 1   right?
 2              MS. CONNOR:  No, it has nothing to do with
 3   it.
 4              MR. DUNGAN:  Oh, okay.
 5              MS. CONNOR:  It's not harassment when you
 6   owe -- when you owe money.
 7              MR. DUNGAN:  Oh, okay.
 8              MS. CONNOR:  See, if you pay this off, the
 9   calls will stop.
10              MR. DUNGAN:  Okay.
11              MS. CONNOR:  What I was wanting to tell you
12   is that if you're wanting these calls to stop, the only
13   way that's going to happen, and we've told you before,
14   is to put that request -- request in writing.  I can
15   give you a fax or mailing address.
16              MR. DUNGAN:  Okay.
17              MS. CONNOR:  It's called a cease and
18   desist.
19              MR. DUNGAN:  Okay.
20              MS. CONNOR:  Okay.  And that will stop the
21   calls.  Flyers will continue, but that will stop the
22   calls.
23              MR. DUNGAN:  Okay.
24              MS. CONNOR:  Okay.  I just want to be
25   honest here with you.
```

```
 1              MR. DUNGAN:  Okay.

 2              MS. CONNOR:  Do you want our fax number?

 3              MR. DUNGAN:  Sure.

 4              MS. CONNOR:  Okay.  We have to receive the

 5   fax before we stop all this.

 6              MR. DUNGAN:  Okay.

 7              MS. CONNOR:  All right.  The fax is

 8   888-903-8787.

 9              MR. DUNGAN:  Okay.

10              MS. CONNOR:  And then let me also give you

11   your reference number again.  If you put your reference

12   number on a letter that you fax over, it will be that

13   much quicker.

14              MR. DUNGAN:  Okay.

15              MS. CONNOR:  The reference is 12231330.

16              MR. DUNGAN:  Okay.

17              MS. CONNOR:  Okay?

18              MR. DUNGAN:  All right.

19              MS. CONNOR:  Okay.  And, I mean, I'm just

20   trying to, you know -- I don't beat around the bush

21   here.

22              MR. DUNGAN:  Do what?  I'm sorry.

23              MS. CONNOR:  I said I'm just trying to let

24   you know.

25              MR. DUNGAN:  Okay.  All right.
```

1          MS. CONNOR:  (Unintelligible) the only way

2  you're going to stop calls.  We are -- and that's

3  pretty much around the board with any agency.

4          MR. DUNGAN:  All right.

5          MS. CONNOR:  Okay?

6          MR. DUNGAN:  Okay.

7          MS. CONNOR:  But other than that, I mean,

8  if something ever came up where you can get this taken

9  care of, definitely, you know, give me a call and I'll

10  see what I can work out with you and try to get this

11  resolved because that's all I'm trying to do here.

12          MR. DUNGAN:  Okay.  Well, you know,

13  actually, you could start by finding out how much LVNV

14  paid for the account.  Because, like I said, I -- I

15  have a feeling what they're -- what -- what they paid

16  for the account is a whole lot less than what they --

17  what they're asking for.

18          MS. CONNOR:  Well, to be honest, I mean,

19  I'm sure it is.  I mean, there's no way I'm going to

20  find out.  They don't tell us that type of thing.

21          MR. DUNGAN:  Really?

22          MS. CONNOR:  Yeah.  They just ask me if I

23  want to -- because we don't -- because this is MRS

24  Associates --

25          MR. DUNGAN:  Okay.

1    MS. CONNOR:  -- and we don't buy the debt.

2    MR. DUNGAN:  Right.

3    MS. CONNOR:  So LVNV Funding forwards it to

4    us.

5    MR. DUNGAN:  Okay.  Well --

6    MS. CONNOR:  So there's no way that I'm

7    going to be able to find that out.  But I can tell you,

8    I mean, they're -- they are willing to drop the balance

9    for you.

10    MR. DUNGAN:  Okay.  Well, since we're --

11    MS. CONNOR:  Even if you can't get to that

12    full amount, if you can get close, I don't have a

13    problem seeing if I can -- you know, if they'll accept

14    a lower amount.

15    MR. DUNGAN:  Well --

16    MS. CONNOR:  The only thing they can say is

17    no.

18    MR. DUNGAN:  Well, since we're being honest

19    with each other --

20    MS. CONNOR:  Yes.

21    MR. DUNGAN:  -- you know, from everything,

22    you know, I've heard about this probably what has

23    happened is LVNV has prob -- probably bought this --

24    that account that you're referencing for pennies on a

25    dollar.  They've probably given a couple of hundred

1  dollars for it.  Now, perhaps -- perhaps, if they were

2  willing to accept a couple hundred dollars, I might be

3  able to come up with that amount if they want to accept

4  that for settlement.

5          MS. CONNOR:  (Unintelligible).  With all

6  honesty, I mean, there's a very good possibility you're

7  right.

8          MR. DUNGAN:  Yeah.

9          MS. CONNOR:  There's a very good

10  possibility.

11          MR. DUNGAN:  Okay.  Well, as I said, you

12  know --

13          MS. CONNOR:  Yeah, it --

14          MR. DUNGAN:  -- if they're -- if they're

15  willing to accept what they paid for the account, which

16  is probably 2 or $300, I might be able to come up with

17  that amount of money.  But --

18          MS. CONNOR:  Yeah, there's no way they'll

19  do that.

20          MR. DUNGAN:  Again, I stress, I

21  might --

22          MS. CONNOR:  I know there's no way they'll

23  go that low.

24          MR. DUNGAN:  Really?

25          MS. CONNOR:  For a couple of thousand,

1    they -- they would settle for, I'm sure, but not for a

2    couple hundred.

3            MR. DUNGAN:  Oh.  Well, you know, it seems

4    like -- well, then, you know -- I mean --

5            MS. CONNOR:  We are where we are, right?

6            MR. DUNGAN:  Yeah, evident -- evidently.

7            MS. CONNOR:  All right.  Well, I do wish

8    you luck.  Hopefully, something will turnaround for you

9    and, you know, we might be able to get this resolved

10   for you.  Like I said, if something comes up, give me a

11   call.  Like I said, the settlement offer is 4627.

12   They -- they won't be able to do it for a couple

13   hundred.  A couple thousand, you know, a good

14   possibility, but definitely not a couple hundred.

15           So other than that, I won't waste anymore

16   of your time to get that letter faxed into us so we can

17   at least stop the calls.

18           MR. DUNGAN:  Okay.  Thank you, Ms. Connor.

19   I --

20           MS. CONNOR:  Thank --

21           MR. DUNGAN:  I appreciate --

22           MS. CONNOR:  You're very welcome.

23           MR. DUNGAN:  I appreciate your help today.

24   Thank you.

25           MS. CONNOR:  No problem.  Bye-bye.

1          MR. DUNGAN:  Bye-bye.

2          Let's see, today is -- let me get my

3   calendar.  Today is Decem -- Tuesday, December 2nd,

4   2008.  That call ended at 8:48 a.m.  Once again, it is

5   Tuesday, December 2nd, 2008.  The call ended at 8:48

6   a.m.

7              (End of CD Transcription)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   COUNTY OF TARRANT)

 2   STATE OF TEXAS     )

 3

 4        I, Hope Lewandoski, Certified Shorthand Reporter,

 5   in and for the State of Texas, hereby certify that the

 6   preceding 138 pages is a true record transcribed from

 7   an CD recording.

 8        Witness my official hand this the 10th day of

 9   February, 2009.

10

11

12

13

14

15

16   _____
     Hope Lewandoski, CSR 6255
17   Expiration Date: 12-31-09
     DOLORES STEWART & ASSOCIATES, INC.
18   Firm Registration No. 70
     1701 Pennsylvania Avenue
19   Fort Worth, Texas  76104
     (817) 810-0224
20

21

22

23

24

25
```